# PHILIPS

## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5

Version:   1

Condado X-Ray and Ultrasound
Caguas, Puerto Rico

PUERTO RICO

Reference:

Date:   28 April, 2008

> This offer is subject to obtaining any of the requisite approvals or permissions under any of the applicable export control regulations and unless otherwise agreed in writing, the attached conditions of the sale apply.

## Quotation

Dear Sir,

**Philips Medical Systems** is pleased to submit the following quotation, consisting of 36 pages, and offers to sell the products described herein at the prices and terms stated, subject to your acceptance of the terms and conditions on the face and reverse hereof and the agreement between **Philips Medical Systems** and the **Customer**.

This quotation is valid for sixty (60) days from the date of issue.

| CUSTOMER ACCEPTANCE, AS QUOTED: | PHILIPS MEDICAL SYSTEMS |
|---|---|
| THIS QUOTATION IS SUBJECT TO ALL PROVISIONS AND CONDITIONS ON THE REVERSE SIDE. | |
| Customer Requested Delivery Date | |
| By _____ (Signature) | By _____ (Signature) |
| Name & Title _Stella Fuente Reyes_ _President_ | Name   David Sumpter |
| Date _4/30/08_ | Title   Key Account Manager |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060498

Tel. Exch. Int.: +31 40 27 87246



# Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

**Table of contents:**

**PHILIPS MEDICAL SYSTEMS** .................................................................................................... **1**

**0   CHAPTER MAGNETIC RESONANCE SYSTEM** .......................................................... **3**

**1.0      Chapter: Magnetic Resonance System - Configuration: Intera Pulsar 1.5T** ......................... **3**

**1   CHAPTER OPTIONALS** ......................................................................................... **29**

**1.0      Chapter: Optionals** ............................................................................................................ **29**

**2   SALES CONDITIONS** ............................................................................................. **32**

GENERAL TERMS AND CONDITIONS OF SALE AND SOFTWARE LICENSE ............................................................. **34**

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17000408          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5          Version:   1

**0**          **Chapter Magnetic Resonance System**

*1.0*          *Chapter: Magnetic Resonance System - Configuration: Intera Pulsar 1.5T*

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| 1 | **SP INTERA PULSAR 8 R2.5** | **NMRA827** | |
| | Pulsar gradient system | | |
| | Intera offers the new Pulsar gradient system, which enables the performance for today's demanding clinical applications. In combination with FreeWave, Pulsar delivers exceptional sequence performance in terms of minimum TE/TR. Performance is achieved over the entire 53 cm FOV with an excellent linearity. The gradient system minimizes eddy currents and acoustic noise. | | |
| | • Maximum FOV is 53 cm | | |
| | • Peak amplitude 33 mT/m, slew rate 80 mT/m/ms. All specifications are on axis (x, y and z). | | |
| | • Linearity of 1.4% over the entire 53 cm FOV with distortion correction. | | |
| | • State-of-the-art water-cooled gradient amplifier technology combined with a non-resonant coil design, allows flexible generation of any type of gradient waveform 100 % duty cycle. | | |
| | • SofTone reduces gradient acoustic noise by up to 30 dB (an 86 % reduction in patient-perceived acoustic noise). | | |
| | FreeWave digital RF system | | |
| | Intera 1.5T is now powered by Philips' FreeWave, the first entirely direct digital broadband spectrometer. With a scaleable architecture, outstanding SNR performance and 1MHz bandwidth per RF channel, FreeWave is prepared perform advanced clinical techniques today, and expand for tomorrow. | | |
| | RF Receive: | | |
| | • 8 RF channels standard | | |
| | • Direct Digital Sampling at 80 MHz per channel with no analog demodulation. | | |
| | • 1MHz Bandwidth per channel. | | |
| | • Simultaneous connection of multiple coils (total of 16 quadrature coil elements). | | |
| | • Modular expandable architecture | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation: DS 2-08 Intera Pulsar 1.5       Version: 1

| Qty | Description | Code number | USD |
|---|---|---|---|
| | **RF Transmit:** | | |

RF Transmit:

- 18 kW Solid-state RF power amplifier that affords the energy necessary to image even the large patient.
- RF Smart technology enables SAR to be effectively managed through balanced system design combined with the application of Philips imaging techniques such as SENSE, SPAIR and Flip Angle Sweep.

Real Time Control:

- Sub-millisecond TR's and ultra-short TE's provide improved image quality and reduced examination times.
- Real-time imaging control for clinical motion correction, including SnapShot and optional navigator-corrections required for free-breathing cardiac techniques and high-resolution diffusion (i.e. PhaseTrak) with profile updates within 1 ms.
- Real-time control of RF transmission, gradient switching, data acquisition and triggering.

Standard RF coils:

- Quadrature Transmit/Receive Body coil
- Quadrature Head coil
- 17 cm circular Flex coil

MR WorkSpace

The MR WorkSpace is a unique configurable solution to MR workflow targeted at resolving the management of the increasing volume of MR patients and patient data. The MR WorkSpace includes the MR operator's console plus one or more optional Extended MR WorkSpace workstations that are functionally identical to the operator's console.

The MR WorkSpace can incorporate optional, advanced MR processing and reporting capabilities. The result is a seamless working environment that can conform to the needs of any MR department - boosting its efficiency and productivity while also avoiding the expense of dedicated workstations.

MR operator console:

ExamCards

ExamCards, a cornerstone of the MR operator console, are complete, pre-set imaging

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17068488

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation: DS 2-08 Intera Pulsar 1.5      Version: 1

| Qty | Description | Code number | USD |
|---|---|---|---|
| | protocols that can be automatically executed with push-button ease. ExamCards contain a structured multi-sequence examination, along with automated post-processing to automatically execute entire patient studies. ExamCards involve minimal user interaction, shorten overall exam time, reduce training requirements, and improve reproducibility of examinations. Users have full freedom to customize ExamCards. NetForum Community allows Philips users to download best-practice ExamCards created by experts worldwide. NetForum Community unites Philips users with Philips and with one another via Internet access to a secure Philips website directly from the MR operator console or from any PC. NetForum also provides access to the latest training seminars, instructions for use and applications tips and guides. | | |

- Single mouse-click scanner operation.
- Automated scanning.
- Automated post processing.
- Complete patient studies may be defined and stored, including comprehensive user tips.
- GeoLinks enable scan geometries to be defined and automatically copied between sequences.
- Sequences and patient location (multi-station studies) may be arbitrarily ordered for optimum acquisition, and data is automatically sorted and viewed correctly.
- Downloadable from NetForum or copied from system to system.

Viewing, processing and filming

MR Workspace supports fast and flexible viewing, processing and film generation at each workspot.

- Window width/level, zoom, pan, rotate, mirror.
- Image annotation (text, arrows and lines).
- Image arithmetic (including addition, subtraction, division and multiplication).
- Image measurement (including distance and angle, profile or histogram display and X-Y coordinate calculation).
- Regions of Interest (ROI) statistics (area, volume, mean and standard deviation) from user defined (square, rectangular, circular, elliptical or irregular) shapes.
- Time Intensity analysis of dynamics/phases.
- Volume calculation from contours drawn in adjacent slices.
- Simultaneous visualization of up to four independent series for comparison.
- Cine movie display of up to 24 slices or dynamics/phases

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17089409      Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | • PicturePlus for user-defined reduction of noise over images in combination with edge enhancement.<br>• Real-time MIP, MPR and 3D surface rendering (User defined volumes of interest enable elimination of unwanted signals regions).<br>• Rapid, single mouse click film generation of image series using a range of predefined formats.<br>• "Pick & place" functionality enables the creation of films containing random image selections.<br>• Images and movie can be exported to Windows PC formats.<br><br>Connectivity / Interoperability<br><br>The MR Workspace fits seamlessly into local network environments. Communication is via DICOM protocols. The system can be configured for safe storage of MR images and other patient data in departmental information systems and PACS. The MR WorkSpace conforms to the new Enhanced (multi-frame) MR DICOM standard, which improves the performance of data transfer of large data sets and fully supports information associated with Diffusion and Spectroscopy.<br><br>The system can be configured (per node) to support standard DICOM MR image transfer or DICOM Enhanced MR Image Transfer. If a receiving node does not support DICOM Enhanced MR, standard DICOM MR Images will be transferred.<br><br>• DICOM Workflow Management:<br><br>  o DICOM Modality Worklist<br>  o DICOM Modality Performed Procedure Steps<br>  o DICOM Storage Commitment<br>• DICOM Send/Receive:<br><br>  o DICOM Enhanced MR:<br><br>    o Export / Import of DICOM Enhanced MR Images<br>    o Export / Import of DICOM MR Spectroscopy<br>    o Export / Import of DICOM Raw<br>  o DICOM MR:<br><br>    o Export / Import of DICOM MR Images | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands          Tel. Exch. Int.: +31 40 27 87246
Commercial Register Eindhoven ar. 17002400



## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5          Version:   1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | o Export / Import of Philips Private MR Series Data | | |
| | o Export / Import of Philips Private MR Spectrum Data | | |
| | • DICOM Query / Retrieve of Philips MR data, all the exported image types | | |
| | • DICOM Print | | |
| | o Grayscale Softcopy Presentation State with preset window settings as on the console | | |
| | o Basic Grayscale Print | | |
| | • DICOM Media | | |
| | o MR Studies on DVD (Read / Write) | | |
| | o MR Studies on MOD (Read) (optional) | | |
| | • IHE Integration Profiles | | |
| | o Scheduled Workflow | | |
| | o Patient Information Reconciliation | | |
| | o Consistent Presentation of Images | | |
| | o Basic Security | | |
| | Full information on compliance with DICOM standards and available functionality is contained in Philips' DICOM Conformance Statement. | | |
| | Computer System: | | |
| | Intera 1.5T system's distributed computing architecture is based on the latest computer and operating system technology. With separate processors for scanning, image reconstruction, viewing and processing, the architecture provides true real-time performance with reconstruction speeds exceeding 1200 images per second. | | |
| | • 23-inch LCD wide-screen format monitor | | |
| | • 2.0 GHz Dual Core Intel Xeon processors | | |
| | • Windows XP OS 64 bits | | |
| | • 6 GB internal memory | | |
| | • 72 GB system disk | | |
| | • 36 GB main image database disk | | |
| | • 80 GB additional data storage disk | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17080408          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|  | • DVD + RW for image storage<br>• DVD for software loading<br>• 10BaseT, 100BaseT or 1000BaseT connections.<br>• Fast reconstruction of demanding imaging techniques (interactive real-time, SENSE, high resolution and high coil channel count).<br>• More than 1200 images per second (256 x 256 reconstructions)<br>• 3.2 GHz dual core processor reconstruction<br>• 8 GB reconstruction memory |  |  |
| 1 | **Magnet Intera 1.5T** | **NMRA349** |  |
|  | <u>System Overview</u><br>Intera is designed to meet the demanding criteria of today's progressive imaging centers: New levels of software automation plus a new workspace environment improve operational efficiency and workflow. The latest computing and hardware components ensure cutting edge acquisition speed, resolution and signal to noise. Interas ScanTools Packages expand the range of leading clinical procedures available. Intera delivers it all packaged in an environment to optimizing patient satisfaction. Altogether Intera is a powerful system that offers performance for today and expansion tomorrow.<br><br>**The Intera 1.5T scanner comprises:**<br>• Patient environment<br>• 1.5T magnet<br>• High Performance gradient system<br>• FreeWave RF system<br>• MR WorkSpace<br>• ScanTools<br><br>**Patient environment**<br>Intera is specifically designed to enhance patient comfort and throughput by virtue of a spacious patient aperture that effectively eliminates claustrophobic effects and affords excellent patient access, provided by a combination of the shortest straight bore length in the industry and widely flaring bore. Intera system's ultra-compact, patient-friendly environment also affords un-compromised large and offset FOV imaging. The High SNR body coil permits large FOV imaging without surface coils, reducing set-up time |  |  |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060408          Tel. Exch. Int.: +31 40 27 87246



# Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|     | and facilitating easy run-off studies.<br><br>**Key features include:**<br>Aperture:<br><br>• Bore diameter: 60 cm (23.6 in.)<br>• Straight bore length: 60 cm<br>• Bore flare: 110 cm (43 in.) on both the front and rear of the magnet, enabling equal access to the patient. Additionally, start/stop controls on both ends of the magnet increase operating flexibility.<br><br>**Patient Support:**<br><br>• Patient support enables patients weighing up to 250 kg (550 lbs) to be comfortably positioned.<br>• Patient table height can be lowered to 52 cm (20.4 in.), providing easy access for compromised or non-ambulatory patients.<br>• Detachable tabletop can be combined with optional trolley for efficient patient management and rapid evacuation.<br>• Horizontal travel of 215 cm (7.05 ft) with (1.0 mm (0.04 inch) accuracy<br>• Table speeds of 20 mm/s to 180 mm/s enable fast, easy patient positioning and rapid multi-station examinations.<br><br>**Patient Accessories:**<br><br>• Adjustable fresh air supply and variable lighting<br>• In-bore microphone and ceiling-mounted loudspeakers support two-way patient-operator communication and music.<br>• Hand-held technologist call button.<br>• Soft mattress with a headrest, knee support and positioning wedges.<br>• Patient headset with built-in two-way communication reduces acoustic noise by up to 25 dB.<br><br>**1.5T magnet**<br>The magnet system of Intera 1.5T offers high intrinsic homogeneity - typically higher than 0.5 ppm- enabling superb fat suppression via techniques such as SPIR and SPAIR. In addition, Intera 1.5T system's high homogeneity allows rapid per-patient dynamic shimming for excellent image quality over the entire 53 cm (20.9 in.) field-of-view. The | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17080408

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | ability to employ large FOVs facilitates run-off studies using as few as three stations, and enables single-acquisition MRA studies encompassing the circle-of-Willis down to the aortic arch.  The Intera 1.5T system's excellent homogeneity also affords easy imaging of off-center anatomy. | | |
| | • Typical homogeneity of 0.5 ppm VMRS over a 50 cm DSV. | | |
| | • Superconducting screening coils reduce magnetic field susceptibility caused by moving ferrous objects. | | |
| | • Lightweight 2900 kg (6393 lbs.) design and compact fringe field footprint of 3.8 m x 2.4 m (12.5 ft x 7.9 ft) facilitate easy siting. | | |
| | • Typical helium consumption (as low as 0.03 l/hr) extends time between cryogen refills. | | |
| 1 | **Pre-Installation Parts Intera Achieva 1.5T** | **NMRA590** | |
| | Building contractors are provided with key siting preparation parts in advance, minimizing installation time. | | |
| 1 | **SCANTOOLS PLUS R2.5** | **NMRA844** | |
| | ScanTools Plus provides dedicated packages of optimized examinations for virtually all clinical applications and body regions including: | | |
| | • Neuro Plus | | |
| | • Ortho Plus | | |
| | • Angio Plus | | |
| | • Body Plus | | |
| | • Breast Plus | | |
| | • Onco Plus | | |
| | • Cardiac Plus | | |
| | • Pediatric Plus | | |
| | Each Plus package consists of application-specific ExamCards, imaging sequences, and acquisition and reconstruction methods that exploit the power of FreeWave, along with the necessary specialized image processing and viewing tools for the MR WorkSpace. | | |
| | Key features of ScanTools Plus: | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17002402

Tel. Exch  Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5          Version:   1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | **SAMESCAN:**<br><br>SameScan enables fast, easy and precise follow-up in brain studies. Through identification of key anatomical landmarks, SameScan allows the exact scanning parameters, slice positioning and geometry of a patient's previous study to be acquired in subsequent examinations.<br><br>**EXAMCARD PROCESSING**<br><br>ExamCard Processing streamlines clinical workflow by fully automating data processing for a number of routine clinical applications. Processing takes place in the background immediately following completion of the acquisition. Includes:<br><br>• Diffusion Maps (ADC, eADC and Trace)<br>• Image Algebra (Addition, Subtraction, Division, Multiply)<br>• Magnetization Transfer Coefficient<br>• PicturePlus<br><br>ExamCards definitions can to be saved to the database along with the acquired images.<br><br>**MOBIVIEW:**<br><br>Enables automatic, single mouse-click composition of data sets from multi-station acquisitions into full FOV images. Applications include Runoff MRA, Complete CNS and Complete Torso. Composite images may be displayed, stored, filmed and exported via DICOM and PC-compatible formats. These images are compatible with viewing, measurement and processing tools, including MIP, MPR and 3D surface rendering. MIPs may be performed around an axis defined in any of the individual data sets.<br><br>**SENSE:**<br><br>Provides true acceleration in image acquisition with SENSE-compatible coils up to a 4-fold (3D acquisition) acceleration in acquisition speed, independent of resolution and matrix size. SENSE is compatible with the vast majority of imaging techniques including diffusion, in which SENSE reduces the echo train length to increase SNR and reduce susceptibility effects, and dynamic techniques such as TRACS, THRIVE and BLISS.<br><br>**THRIVE:**<br><br>THRIVE combines the speed of SENSE to enable isotropic high-resolution T1-weighted images with extensive volumetric coverage and uniform fat suppression, in short breath-hold times and in any imaging plane. THRIVE is ideal for dynamic liver, small bowel, breast, prostate and pancreas imaging. THRIVE images are excellent for MIP and MPR. | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060408

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation: DS 2-08 Intera Pulsar 1.5        Version: 1

| Qty | Description | Code number | USD |
|---|---|---|---|
| | **BLISS:**<br><br>BLISS is a multi-volume imaging technique that enables the collection of two bilaterally placed volumes within a single acquisition. Localized shimming is performed for each volume for optimal fat suppression. BLISS is ideal for high-resolution sagittal breast studies, and uses SENSE for rapid scan times.<br><br>**VISTA:**<br><br>VISTA provides high-resolution volumetric T2 weighted images acquired with a TSE acquisition. Acquisition time and inter-echo spacing are optimized through the applications of flip angle sweep in combination with non-selective refocusing pulses. Images are ideally suited to imaging of the spine, creating multiple orientations through MPR processing.<br><br>**SNAPSHOT:**<br><br>Snapshot imaging eliminates the effects of patient and physiological motion through the combination rapid TSE sequences with the acceleration of SENSE. Individual Snapshot images can be acquired in any orientation in approximately 250ms to 300ms. Asymmetric TSE makes Snapshot compatible with T1-, T2- and diffusion-weighted imaging.<br><br>**MultiVane**<br><br>MultiVane delivers high resolution diagnostic images even in the case of severe patient motion. MultiVane provides motion correction to multi-shot TSE (T1, T2, IR-real, FLAIR) and gradient-echo examinations through the use of radial encoding and selective usage of acquired data lines based on motion criteria. MultiVane can be used in brain examinations of the brain, in addition to other anatomical areas.<br><br>**DIFFUSION**<br><br>Single-shot EPI diffusion-weighted (DWI) sequences permit motion-free imaging, enabling visualization of isotropic DWI images - with three diffusion directions and up to 16 b-values per scan - and automated creation of Apparent Diffusion Coefficient (ADC) maps.<br><br>**SPAIR:**<br><br>A high uniformity fat saturation method making use of adiabatic spectral saturation pulses, ensures insensitivity to RF field inhomogeneities and lowers SAR. SPAIR is ideal for offset and difficult to suppress regions such as liver, shoulders, pelvis and hips.<br><br>**BOLUSTRAK:**<br><br>Enables accurate synchronization of high-resolution CE-MRA acquisitions. BolusTrak uses a real-time fluoroscopic display of bolus arrival in the area of interest and manual | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17000408      Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | start of the target acquisition. BolusTrak in combination with CENTRA minimizes venous contamination and produces optimal arterial vessel contrast and resolution.<br><br>TRACS:<br><br>TRACS enables accelerated time-resolved contrast-enhanced vascular imaging. TRACS uses SENSE for image acceleration and CENTRA phase-encode ordering for optimized contrast.<br><br>PROSET WATS and FATS:<br><br>Combines the characteristics of the high-resolution volume acquisitions with ProSet water or fat only selection. Applications include T1-weighted Body and Spine Nerve Root Visualization and Cartilage imaging and MR arthrography in orthopedics.<br><br>ASYMMETRIC TSE:<br><br>Extended contrast control for TSE acquisitions through optimized mapping of individual echoes into the image. Applications include proton density weighted imaging of joints with higher spatial resolution or faster scan times.<br><br>m-FFE<br><br>m-FFE provides unique image contrast - ranging from 2D or 3D gradient-echo sequences to the combination of echoes. m-FFE is very useful for neuro and musculoskeletal applications.<br><br>REFOCUS CONTROL:<br><br>Uses sophisticated flip angle sweep control in TSE acquisitions to optimize contrast-to-noise and scan time, while at the same time controlling SAR levels.<br><br>DRIVE:<br><br>Enables shorter TRs while maintaining contrast-to-noise and SNR for T2-weighted 2D and 3D TSE acquisitions, resulting in shorter scan times and increased resolution.<br><br>3D TFE:<br><br>Combines the acceleration of SENSE with the high T1 contrast of inversion-prepared TFE acquisition. 3D TFE enables isotropic coverage of the entire head in scan times under 2 minutes, using acceleration factors of up to 4 (2*2). A single data set can be reformatted into alternate planes both pre- and post-contrast, eliminating the need for additional scans.<br><br>BLACKBLOOD:<br><br>Features pre-pulses to achieve suppression of the blood signal for optimum myocardial | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060498

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | and lumen visualization in cardiac and vascular imaging.<br><br>CLEAR:<br><br>CLEAR provides a unique signal uniformity correction based on coil-sensitivity and on patient loading. CLEAR improves image uniformity, reduces bright fat signal at the surface of coils, and extends the effective coverage of phased array coils.<br><br>PICTUREPLUS:<br><br>PicturePlus is an image enhancement tool that can improve the appearance of images through edge enhancement and smoothing. The operator has control over enhancement parameters, which can be applied automatically post-acquisition or as a post-processing option.<br><br>T2* PERFUSION:<br><br>Dynamic multi-slice T2*-weighted sequences based on single- or multi-shot FFE or FFE EPI methods.<br><br>EPI BOLD:<br><br>EPI BOLD provides dynamic multi-slice T2*-weighted sequences based on single- or multi-shot FFE and SE EPI methods.<br><br>VENOUS BOLD:<br><br>Provides T2*-weighted 3D sequences compatible SENSE, allowing high-resolution acquisitions in short scan times. These sequences are useful for evaluating various brain anomalies associated with blood.<br><br>VCG Gating:<br><br>VectorCardioGram Gating is a more robust method than regular ECG gating, providing virtually 100 % triggering accuracy. VCG greatly reduces operator setup time and thus overall exam time, even for patients with pathologic ECG patterns. This method provides automatic adjustment to the electrical axis of the patient's heart and to the specific multi-dimensional QRS waveform. Includes a four-lead cable set.<br><br>FLOW:<br><br>Phase contrast (PC) sensitive imaging enables depiction of moving fluid without any background signal that is sensitized in all three directions with variable VENC values. Retrospectively gated 2D multi-phase acquisitions permit evaluation of blood or CSF flow. Retrospectively gated TFE PC enables quantitative measurements in one breath hold. Quantitative flow allows non-invasive measurements of blood flow or CSF flow in three directions. | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17069408

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation: DS 2-08 Intera Pulsar 1.5          Version: 1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | B-FFE/TFE: | | |
| | Ultra-fast steady-state 2D and 3D imaging techniques are insensitive to fluid motion, thereby producing exceptional contrast between bright fluids and surrounding tissue. These techniques provide optimal myocardium-to-blood contrast for (functional) cardiac studies. High-resolution isotropic data sets are ideal for MIP and MPR processing to visualize the inner ear, and to produce myelograms in addition to non-contrast enhanced angiograms. | | |
| | Clinical Packages: | | |
| | Neuro Plus | | |
| | The Neuro Plus package provides High-quality, high-resolution neuro imaging results, which allows for the assessment of morphology in the brain and spine. | | |
| | Features include: | | |
| | • ExamCards for head and spine imaging | | |
| | • SENSE imaging for all Philips SENSE coils allowing faster scan times or improved susceptibility suppression. | | |
| | • High-resolution acquisitions on the order of 1024 acquisition and reconstruction | | |
| | • Large FoV for Spine studies | | |
| | • MobiTrak compatible with all sequences to allow for improved Total Spine imaging to be visualized in the MobiView package for seamless single mouse-click Total-spine evaluation. | | |
| | • Sequences include SE, FFE and EPI based methods | | |
| | • Fat suppression provided by STIR, SPIR, ProSet and SPAIR methods | | |
| | • 3D based sequences for TSE including DRIVE for improved fluid visualization (IAC) | | |
| | • Balanced FFE/TFE for high-resolution high contrast (IAC and Spine applications). | | |
| | • Single, Dual and Triple IR sequences for evaluation of gray and white matter differentiation | | |
| | • VISTA: Isotropic 3D TSE allows volumetric acquisitions that can be reconstructed in any plane (e.g. Brain and Lumbar spine) | | |
| | • 3D T1-TFE sequences allow volumetric acquisition and reconstruction of the original dataset in any orientation (e.g., Brain gray/white matter differentiation). Can be applied with both full and partial integer SENSE factors in either primary or slice direction to reduce scan times. | | |
| | • FLAIR for CSF suppression (TSE and EPI based) | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060408          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | • Multiple radial projection myelography as well as 2D and 3D sequences. | | |
| | • ProSet water and fat excitation for nerve root imaging | | |
| | • Snapshot imaging for uncooperative patients | | |
| | • Multi-Vane to correct motion for multi-echo TSE and gradient echo examinations using radial encoding | | |
| | • Multi-slice, multi-echo TSE with up to 32 echoes per slice | | |
| | • Flip Angle Sweep TSE for reduction of SAR and decrease of MT effects improving gray/white matter contrast in both T2 and FLAIR acquisitions | | |
| | • DWI based methods include single-shot with automated processing of the ADC maps (for both brain and spine DWI) | | |
| | • T2* based sequences for Perfusion and fMRI sequences including FFE-EPI, SE-EPI | | |
| | • T2* perfusion curve analysis | | |
| | **Body Plus** | | |
| | Body Plus enables fast high-resolution scan methods for Torso imaging. | | |
| | Features include: | | |
| | • ExamCards for chest, abdomen and pelvis imaging | | |
| | • Sequences for both 2D and 3D acquisitions | | |
| | • Triggered, Multishot BH and free breathing ultra-short TSE sequences are available | | |
| | • All sequences compatible with SENSE for reduced breath-hold time and CLEAR homogeneity correction for fast high-quality body imaging. | | |
| | • In and out of phase breathhold FFE and TFE. TFE for fast T1- weighted imaging (using inversion and saturation pre-pulses) can also be combined with free breathing snapshot imaging. | | |
| | • THRIVE compatible with either SPIR or SPAIR fat suppression, allow for choice between high-resolution and or improved isotropic acquisitions in a single breathhold (can be used for dynamic high-spatial and temporal resolution imaging for Liver and Colonography) | | |
| | • Keyhole imaging for high temporal dynamic studies. | | |
| | • Proset with 3D volume acquisition T1 weighted scans(useful for pancreas and liver breath-hold imaging) | | |
| | • MRCP/U sequences acquired by SSH, radial SSH and 3D acquisitions allows for high-resolution imaging with or without triggering or Breath hold imaging | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17069408          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|  | • MultiEcho T2 measurements (up to 32 echoes) for T2mapping. |  |  |
|  | • Free-breathing non-contrast enhanced portal vein imaging with B-TFE |  |  |
|  | • High-resolution pelvic imaging with short exam times afforded by SENSE and excellent fat-suppression supplied by SPAIR adjustable fat-suppression technique. |  |  |
|  | • VISTA: Isotropic 3D TSE allows volumetric acquisitions that can be reconstructed in any plane (pelvis) |  |  |
|  | • T1 perfusion curve analysis |  |  |
|  | Breast Plus |  |  |
|  | Breast Plus enables both high-spatial and/or temporal resolution. Efficient breast imaging via the use of ExamCards BreastPlus offers sequences for both 2D and 3D acquisitions and include: |  |  |
|  | • ExamCards for breast imaging |  |  |
|  | • THRIVE and BLISS, which are compatible with either SPIR or SPAIR fat suppression, |  |  |
|  | • High-resolution T1 and T2 TSE sequences compatible with SENSE for fast high-resolution scanning and CLEAR homogeneity correction. |  |  |
|  | • Silicone only sequences optimized for breast implants are also provided. |  |  |
|  | Ortho Plus |  |  |
|  | Ortho Plus provides both high-resolution and fast orthopedic imaging supporting assessment of morphology in the spine and extremities. |  |  |
|  | Features include: |  |  |
|  | • ExamCards designed for orthopedic imaging |  |  |
|  | • Sequences include both 2D and 3D methods with volumetric acquisitions. |  |  |
|  | • SE, TSE, FFE sequences, with fat-suppression provided by STIR, ProSet, SPIR and adjustable fat-suppressed method of SPAIR. Can be combined with up to 1024 acquisition resolution for improved detection in orthopedic imaging |  |  |
|  | • SENSE imaging for all Philips SENSE coils allowing faster scan times and CLEAR homogeneity correction. |  |  |
|  | • DRIVE combined with TSE allows for increased sensitivity to fluids |  |  |
|  | • Balanced FFE for high-inplane and throughplane evaluation of joint diseases. |  |  |
|  | • Turbo-STIR for fat-suppressed evaluation of bone bruises. |  |  |
|  | • TSE sequence with asymmetric profile ordering lets users select TE in a fixed shot |  |  |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17099409          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|  | length, enabling high-resolution imaging in short scan times. Particularly useful in PDW sequences. |  |  |

- m-FEE combining echos for all 2D and 3D gradient echo sequences.
- 3D FFE with ProSet for water only selective sequences. Optimizes cartilage and/or fluid imaging with high-resolution in all directions.
- THRIVE for 3D high-resolution fat-suppressed imaging for MR arthrograms
- MobiTrak compatible with all sequences to allow for improved Total Spine imaging to be visualized in the MobiView package for seamless single mouse-click Total-spine evaluation.
- Dynamic imaging sequences for TMJ applications in combination with specific coils allows high-resolution fast imaging scans
- Improved susceptibility reduction sequences implemented to include SENSE, modifications of water-fat shift and manipulable bandwidth for improved imaging in the presence of prosthesis.

Cardiac Plus

Cardiac Plus provides high-quality cardiac imaging supporting assessment of cardiac morphology, and functional studies of the heart and surrounding vessels..

Features include:

- ExamCards designed for cardiac imaging
- VectorCardioGram (VCG) for near-100% triggering accuracy, even for patients with pathologic ECG patterns. Provides automatic adjustment to the actual electrical axis of the patient's heart and to the specific multi-dimensional QRS waveform. Includes a four-lead cable set and Philips' patented vector processing algorithm. High R-peak detection rate results in shorter scan times.
- Black Blood Imaging for optimal myocardial imaging
- 2D/3D Balanced FFE provides optimal myocardium-to-blood contrast for (functional) cardiac studies.
- All sequences are compatible with cardiac triggering, with SENSE and CLEAR homogeneity correction.
- Single Slice - Multi Phase for functional cardiac studies
- Arrhythmia Pro arrhythmia rejection technique. Performs retrospective gating with real-time prospective updating, then rejects and reacquires atopic heart beats in real time for full R-to-R coverage.
- Infill enhances the cine viewing of cardiac studies by reconstructing additional intermediate frames. Used in conjunction with full R-to-R imaging.

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060498

Tel. Exch. Int : +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | **Angio Plus** <br><br> For high-quality fast and high-resolution imaging for both non-contrast and contrast vascular exams. Angio Plus features routine procedures built in ExamCards for vascular imaging. <br><br> Features include: <br><br> • ExamCards designed for angio imaging <br><br> • 2D and 3D sequences for Inflow techniques Contrast Enhanced and Phase Contrast Angiography sequences. <br><br> • SENSE imaging for all Philips SENSE coils allowing for increased temporal resolution or higher resolution scanning in standard scan times. <br><br> • Inflow sequences can be combined with CHARM for uniform signal intensity over large 3D volume acquisitions, TONE for improved contrast and MTC for reduction of fat Signal (peri-orbital fat) <br><br> • Inflow and PCA sequences can be combined with ECG and/or VCG triggering for optimal image quality in anatomies with pulsatile flow (popliteal or areas where retrograde flow is an issue). <br><br> • 2D/3D Balanced TFE/FFE for fast, high-resolution non-contrast enhanced vascular imaging. <br><br> • Quantitative blood and CSF flow sequences utilizing retrospective triggering PCA. <br><br> • MultiVenc PCA sequences <br><br> • Quantitative flow allows non-invasive measurements of blood flow or CSF flow in three directions <br><br> • BolusTrak for accurate triggering of bolus arrival in contrast enhanced exams <br><br> • 3D high-resolution contrast enhanced imaging with CENTRA to allow increased spatial resolution without venous contamination (e.g., in high resolution CE Arch studies and lower leg station of peripheral run-off studies), CENTRA can also be combined with SENSE for improved arterial vessel delineation in dynamic scans. <br><br> • Keyhole imaging to improve temporal resolution in dynamic studies. <br><br> • TRACS to accelerate time-resolved contrast-enhanced vascular imaging with a factor 4. <br><br> • MobiTrak feature in combination with multi-station compatible coils to allow for peripheral run-off studies, can be combined with the use of single mouse click multi-station viewing (MobiView) for display. | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060498

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | **Onco Plus** | | |
| | OncoPlus provides high-quality assessment in all anatomical areas for better lesion visualization. | | |
| | Features include: | | |
| | • ExamCards designed for oncology imaging | | |
| | • High gradient linearity allows for improved therapy planning and accurate QBC imaging results | | |
| | • All Philips phased array coils compatible with CLEAR, SENSE for improved image quality and faster scan times | | |
| | • Large Field-of-View allows for improved screening | | |
| | • ExamCards for single-pass multi-station imaging with user-defined contrasts per station, supporting easier characterization of lesions. | | |
| | • 1024 scan resolution for improved small lesion detection | | |
| | • 2D and 3D sequences including STIR, IN/OUT of phase imaging, THRIVE and dynamic imaging sequences | | |
| | • Dynamic scan techniques for monitoring and evaluation allow for contrast uptake kinetic viewing | | |
| | **Pediatric Plus** | | |
| | Pediatric Plus provides fast, patient-friendly imaging of pediatric patients. | | |
| | Features include: | | |
| | • ExamCards for pediatric imaging | | |
| | • SofTone ensures very fast imaging combined with noise reduction techniques dramatically reducing acoustic noise. | | |
| | • SENSE imaging for all Philips SENSE coils allowing faster scan times or improved susceptibility suppression. | | |
| | • Sequences include SE, FFE and EPI based methods | | |
| | • Fat suppression provided by STIR, SPIR, ProSet and SPAIR methods | | |
| | • 3D based sequences for TSE including DRIVE for improved fluid visualization (IAC) | | |
| | • Balanced FFE/TFE for high-resolution high contrast (Fetal, IAC and Spine applications) | | |
| | • Single, Dual and Triple IR sequences for evaluation of gray and white matter | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060408          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5          Version:   1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|     | differentiation | | |

- Black blood imaging and 2D/3D B-FFE for optimal assessment of congenital heart disease

Capabilities:

Setup and Planning:

ExamCards (Complete automated patient studies including scanning and processing)

PlanScan (Freestyle planning of scan geometries and positions)

SameScan (Planning for follow up based on anatomical landmarks)

FlexPlan (Planning based on selection of three anatomical landmarks)

AutoSurvey (Rapid acquisition of survey scan)

Repeat Scan (Repeats any archived study)

AutoShim (Regional shim volumes)

Acquisition:

2D (Single-slice, Multiple single-slice and Multi-slice)

3D (Single-stack and Multi-stack)

3D Multi-Chunk (Volume divided into set of contiguous 3D in scans)

Dynamic (Maximum 1024 phases)

Single- and Multi-station (Maximum of 4 stations)

Manual start (Controlled from the gantry or operator's console)

Matrix (Maximum 1024)

Phase matrix (Rectangular FoV, fold over suppression, zero interpolation)

Field of View

Anatomical Imaging:

Spin Echo (Single and multi-echo up to 32 echoes, and asymmetric multi-echo, T2-map generation)

Inversion Recovery (IR, STIR, FLAIR, Dual IR for fat, fluid and tissue suppression, Magnitude and Real Images)

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands          Tel. Exch. Int.: +31 40 27 87246



# Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|---|---|---|---|
| | 2D/3D TSE (Snapshot, Single and Multi-Shot , Single and Multi-contrast, includes all IR contrast methods above, DRIVE, Asymmetric encoding, Flip angle Sweep) | | |
| | 2D/3D FFE (with and without RF Spoiling) | | |
| | 2D/3D Balanced-FFE | | |
| | 2D/3D TFE (with and without RF Spoiling, T2 Pre-pulse contrast) | | |
| | 2D/3D Balanced-TFE | | |
| | 3D THRIVE | | |
| | 3D BLISS | | |
| | 3D VISTA | | |
| | 2D EPI (Single Shot, SE and FFE readout types, FLAIR) | | |
| | Mixed Mode (Interleaved IR/SE for T1, T2, PD calculation) | | |
| | Turbo factor (maximum 256) | | |
| | EPI factor (maximum 63) | | |
| | Angiography: | | |
| | 2D/3D ToF (including Turbo, gating) | | |
| | PCA (including Turbo, gating and with variable VENC) | | |
| | TONE optimized RF excitation profile | | |
| | MOTSA (multi-chunk acquisition) | | |
| | CHARM (reconstruction minimizes signal anomalies at borders of chunks) | | |
| | MT (magnetization transfer) | | |
| | CE-MRA | | |
| | BolusTrak | | |
| | MobiTrak automated table motion and image subtraction | | |
| | CENTRA | | |
| | TRACS | | |
| | Diffusion Imaging: | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands          Tel. Exch. Int.: +31 40 27 87246



# Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | 2D TSE (Snapshot, FLAIR) | | |
| | 2D EPI: (Single Shot, SE and FE readout, FLAIR) | | |
| | Single and multiple b-values up to 16 per scan | | |
| | Perfusion & BOLD Imaging: | | |
| | 2D EPI: (Single Shot, SE and FE readout) | | |
| | Cardiac Imaging: | | |
| | Turbo B-FFE/TFE | | |
| | Turbo PCA with variable VENC | | |
| | Breathhold | | |
| | Single-slice multi-phase | | |
| | Prospective gating | | |
| | Retrospective gating (with real-time prospective updating) | | |
| | Arrhythmia Pro (arrhythmia rejection technique) | | |
| | InFill (reconstructs intermediate cardiac phases) | | |
| | Image Acceleration: | | |
| | SENSE (with fractional acceleration control) | | |
| | Keyhole (SE, FFE and TFE) | | |
| | k-Space Shutter (Up to 25% 3D scan time reduction) | | |
| | HalfScan | | |
| | Rectangular FoV | | |
| | Overcontiguous Slices | | |
| | Prepulses, Saturation and Contrast: | | |
| | Saturation (REST, Shared REST, Positioned freely or parallel or perpendicular to scan plane) | | |
| | Fat Saturation (SPIR, SPAIR) | | |
| | ProSet (Water/Fat Selection) | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17000400          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5        Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | WATS and FATS | | |
| | Black Blood | | |
| | Silicon | | |
| | Magnetization Transfer Contrast (MTC) | | |
| | Flip Angle Sweep | | |
| | Motion Correction and Control: | | |
| | Gating (VCG, Respiratory, PPU) | | |
| | FlowComp | | |
| | PEAR (respiratory monitored phase encode ordering) | | |
| | SMART (optimized temporal data collection and averaging order) | | |
| | Image Optimization: | | |
| | CLEAR | | |
| | PicturePlus | | |
| **1** | **Achieva 1.5T coil package** | **NMRA507** | |
| | The **SENSE Spine Coil** has 10 elements for optimum coverage of the cervical, thoracic and lumbar spine. The total length covered is sufficient for patients up to 2 meters in height. The array of elements, which are individually optimized for maximum SNR and penetration depth, provides excellent image quality. The cervical spine segment of the coil is comfortably shaped and enables optimal RF penetration. The patient can easily be positioned on the coil. No patient repositioning between scans is required. This coil can be combined with the SENSE Flex L Coil for total neuro examinations covering head and spine. Features: <br><br> •    Maximum SENSE factor of 2 <br> •    Outside coil dimensions 130 x 540 x 1130 mm <br> •    Weight: 8.5kg <br> •    Compatible with all RF platforms on 1.5T | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17062400

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|  | The **SENSE Body Coil** has 4 coil elements and is optimized to image the organs of the abdomen, pelvis and chest. It provides detailed imaging of the liver and biliary system, spleen, kidneys, pancreas, adrenals, mediastinum, pulmonary and abdominal vasculature and brachial plexus. This flexible design of the coil ensures optimal patient comfort and image quality.<br>Features:<br><br>•   Maximum SENSE factor of 4<br>•   Outside coil dimensions 900 x 520 x 480 mm<br>•   Weight: 6.5kg<br>•   Compatible with all RF platforms on 1.5T<br><br><br>The **SENSE Flex M** is a general-purpose coil that consists of two flexible elements. This coil enables a wide variety of applications, including shoulder imaging, pediatric (e.g. hip and brain), elbow and hippocampus imaging. In shoulder imaging, the unique coil design allows easy positioning of the arm above the patient's head.<br>Features:<br><br>•   Maximum SENSE factor of 2<br>•   Coil element dimensions: 17 cm per element<br>•   Outside coil dimensions 90 x 300 x 650 mm<br>•   Weight: 3.5kg<br>•   Compatible with all RF platforms on 1.5T |  |  |
| **1** | **SENSE Flex-L coil 1.5T** | **NMRA715** |  |
|  | The SENSE Flex L is a general-purpose coil that consists of two flexible elements. The shape and size of this large flexible coil enable a wide variety of applications including brain imaging, brachial plexus, pediatric chest and pediatric abdominal imaging, pelvis imaging, hip imaging and cardiac imaging. This coil can be combined with the SENSE Spine Coil for total neuro examinations covering head and spine.<br><br>Features:<br><br>•   Maximum SENSE factor of 2 |  |  |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|---|---|---|---|
| | • Inside Coil diameter: 27 cm<br>• Outside coil dimensions (hxwxd) in mm 90x300x650<br>• Weight: 3.5kg<br>• Compatible with all RF platforms on 1.5T | | |
| 1 | **Coil cabinet left** | **NMRA051** | |
| | This Intera style cabinet (combined with the "coil cabinet right") will store all Intera RF coils.<br><br>This cabinet has space for two large coils (knee or head coil) two flat coils (synergy spine or synergy cardiac coil) and for miscellaneous wedges.<br><br>The cabinet features 4 drawers and a storage area behind two doors. The side of the cabinet has three storage bins for flexible surface coils.<br><br>This coil cabinet has to be assembled on-site.<br><br>Features:<br>• Intera style colors for a perfect match with the system<br>• Storage space for RF coils, wedges, straps, bottles and phantoms. | | |
| 1 | **Breast imaging support** | **NMRA053** | |
| | A positioning mattress to be used with the SENSE Body Coil (1.0T/1.5T). The support enables bilateral MR Mammography using SENSE. Patient positioning is very easy, with patient comfort. The result: fast and reliable mammography examinations.<br><br>Features:<br>• Fast MR Mammography using SENSE<br>• High patient comfort<br>• Easy patient positioning | | |
| 1 | **Patient fixation straps** | **NMRA054** | |
| | This set of straps can be used to immobilize the patient. It consists of different strap | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | types and sizes that will "lock / slide" into the table groove. The straps are compatible with all coils. The straps are made of nylon which gives a good fixation and are easy to clean. The package consists of: <br>• 3 straps, 35 cm <br>• 3 straps, length 70cm <br>• 3 extension straps <br>• 4 arm / wrist straps 35 cm <br><br>Features: <br>• Material: nylon <br>• Color: white | | |
| 1 | **Coil positioning device** | **NMRA055** | |
| | Separate table-mounted (TMJ) coil positioning stand, featuring integrated headrest and flexible arms mounted at,each side to support the left and right TMJ coils. Once positioned coils remain in place without impairing,controlled jaw movement for kinematic joint studies. Alternatively the stand may be used to position coils other than TMJ coils. For instance the stand may be used to position the standard 17 cm circular coil for anterior neck imaging. | | |
| 1 | **ACCESSORY SET MOBITRAK** | **NMRA762** | |
| | The MobiTrak accessory allows positioning of the lower legs and foot in a comfortable and reproducible fashion. Using this accessory will help reduce patient motion and improve vessel visualization in peripheral vascular imaging; likewise it might be used for whole body imaging. | | |
| 1 | **Power Conditioner unit - 150KVa (200amp peak) with integrated mains monitoring (PDU MRPT U) for MRI systems** | **9896 040 14291** | |
| | The PDU system is a self contained unit that provides voltage conversion and distribution, impedance control, high energy fltering, surge suppression and a remote power monitor.  The remote power monitor is a feature which enables the power to be monitored via a standard web browser, providing a diagnostic tool for power quality | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17068408

Tel. Exch. Int.: +31 40 27 87246
TeleFax: +31 40 27 86203



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
|     | issues.<br>Input Voltage: 208/220/240/380/408/440/480 VAC 3 Phase Delta (4wire)<br>Frequency: 50/60Hz<br>Main Output Voltage:<br>- 380/220 VAC-3Phase (5-wire)<br>- 150 kVA (peak) (200 A/ph) peak, 50 A continuous<br>Cryo-Cooler Output: 127/220 WYE, 15A continuous<br>Heat Exchange Output: - 220VAC 1-Phase, 11A continuous<br>Weight: 371 Kg<br>Dimensions: 1130high x 550width x 520depth (mm) |  |  |

Special Sale Price:  $ 800,000.00

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060498

Tel. Exch  Int.: +31 40 27 87246
TeleFax:        +31 40 27 88028



## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5          Version:   1

**1          Chapter Optionals**

*1.0          Chapter: Optionals*

| Qty | Description | Code number | USD |
|---|---|---|---|
| 1 | **SENSE Flex-S coil 1.5T** | **NMRA717** | **$ 17,000.00**<br>**Free of**<br>**Charge** |
| | The SENSE Flex S is a general-purpose coil consisting of two flexible elements. The shape and size of this small flexible coil elements enable a wide variety of applications, including the carotid arteries, TMJ joint, orbits, pediatric imaging and imaging of small joints (e.g., elbow, wrist, ankle).<br><br>Features:<br><br>• Maximum SENSE factor of 2<br>• Coil element dimensions: 11 cm<br>• Outside coil dimensions 90 x 300 x 650 mm<br>• Weight: 3.5kg<br>• Compatible with all RF platforms on 1.5T | | |
| 1 | **KNEE/FOOT COIL 1.5T 4** | **NMRA768** | **$ 18,000.00**<br>**Free of**<br>**Charge** |
| | The Knee/Foot coil has a - 4 elements - phased array design. The coil is designed for routine imaging of the knee and the foot. The coil consists of different parts: one posterior section, one anterior section for knee imaging and one anterior section for foot imaging, including ankle imaging. The coil is positioned on a baseplate and can be slid in different left/right positions. The coil is easy to operate and provided with positioning accessories for maximum patient comfort during the examination.<br><br>Features:<br><br>• Inside diameter is 18cm<br>• Outside coil dimensions<br><br>    o Knee part: 260x250x280 mm | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060408          Tel. Exch. Int.: +31 40 27 87246
Tel./Fax:   +31 40 27 82929



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|-----|-------------|-------------|-----|
| | o Foot part: 340x250x280 mm<br>• Compatible with all RF platforms on 1.5T | | |
| 1 | **8ch SENSE NV coil 1.5T** | **NMRA702** | **$ 35,000.00**<br>**Free of**<br>**Charge** |
| | The 18 elements in the **SENSE Neurovascular Coil** are designed around the patient's head, neck and upper chest areas to offer homogeneous signal in the complete neurovascular imaging volume, enabling high-resolution imaging of the brain, c-spine, neck or complete neurovascular area, including MR angiography, spectroscopy and functional neuro exams. It has outstanding anatomical coverage:<br><br>• From root of the aortic arch to top of head<br>• Thoracic region including the brachial plexus<br><br>The SENSE Neurovascular Coil has an open top and a large viewing and breathing space, allowing easy patient access and coil placement and optimal patient comfort.<br><br>Features:<br><br>• 18 elements distributed with Head 8, Neck 4, Chest 6<br>• Maximum SENSE factor of 8<br>• Outside coil dimensions 380 x 540 x 690 mm<br>• Weight: 15kg<br>• Compatible with an 8-channel FreeWave platform on 1.5T | | |
| 1 | **Handheld Metal Detector EB611** | **9899 000 15009** | **$ 1,500.00**<br>**Free of**<br>**Charge** |
| | | | |
| 1 | **Non-Magnetic Wheelchair** | **9896 040 24291** | **$  3,500.00**<br>**Free of**<br>**Charge** |
| | | | |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060409

Tel. Exch. Int.: +31 40 27 87248



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

| Qty | Description | Code number | USD |
|---|---|---|---|
|  |  |  |  |
| 1 | **Non-Magnetic Fixed Stretcher** | 9896 040 24281 | $ 3,800.00<br>Free of<br>Charge |
|  | - All welded anodized Aluminum Frame<br>- Table top 81 cm from floor (excluding thickness of pad)<br>- 4"casters with independent braking |  |  |

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17060408

Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5          Version:  1

## 2          Sales Conditions

1.      Payment terms
        10% Upon quotation signature
        70% Upon shipment receipt in Puerto Rico
        20% Upon the first patient clinically scanned

2.      Trade terms (DDU)
        The above mentioned prices are DDU (Delivered Duties Unpaid) and taxes are not included.
        **IMPORTANT TAX NOTICE:  In order for this sale to be exempt from the 7% Puerto Rico Sales Tax (IVU), the customer must provide PHILIPS with a Tax Exempt Certificate dated on/or after August 1, 2007 issued by the "Departamento de Hacienda de Puerto Rico".**

3.      Despatch and delivery
        Approximately 90 (ninety) days after the order is processed and the down payment agreed upon has been received by PHILIPS, the goods will be despatched.  PHILIPS reserves the right to postpone the customer requested delivery date, specified in the first page of this quotation, in case there is any delay in the fulfilment of the site readiness and/or on the payment instrument agreed upon.

4.      Installation
        The Customer is responsible for room preparation (carpentry, masonry, plumbing, power conditioning, surge protection, electrical wiring, X ray protection, etc.).  Philips will provide assistance in the preparation of the room layout to include physical and electrical drawings.

5.      Warranty
        PHILIPS warrants to the Purchaser the good quality of the goods supplied for the period of 12 (twelve) months as from the date of acceptance or on which they have been put into use, but in no event for more than 15 (fifteen) months as from the date of despatch, against defects which appear therein under proper use, and which arise solely from faulty materials or workmanship. This warranty does not include any vacuum articles, to which a specified pro rata credit applies.  X-Ray Tube Warranty: 150,000 scan sec or 12 months pro-rata temporis.

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17080408          Tel. Exch. Int.: +31 40 27 87246



## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5                Version:   1

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands

Tel. Exch. Int.. +31 40 27 87246

# PHILIPS

# Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5            Version:  1

General Terms and Conditions of Sale and Software License

The products are offered and sold by Philips Medical Systems Nederland B.V. ("Philips") only under the terms and conditions described below ("Products" or when referred to as a singular manner "Product").

1. Validity of Quotation and Conditions of Sale

2. Prices

3. Payment

4. Letter of Credit

5. Levies

6. Delivery

7. Technical terms, characteristics of Products

8. Despatch and delivery

9. Installation

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands

Tel. Exch. Int.: +31 40 27 87246

# PHILIPS

## Philips Medical Systems Nederland B.V.

Quotation:  DS 2-08 Intera Pulsar 1.5                    Version:  1

In case (a) a recognisable judgment of a competent court having jurisdiction declares the claim to be valid  or (b) the Product is believed by Philips to infringe as such a claim, Philips may, at its option, (i) procure the right for the customer to continue to use the Product, (ii) replace or modify the Product to avoid infringement, or (iii) refund to the customer a reasonable portion of the Product purchase price upon the return of the original Product.

The terms in this section state Philips' entire obligation and liability for claims of infringement, and the customer's sole remedy in the event of a claim of infringement.

**13. Use and ownership of documents**
All technical information in relation to the Products and their maintenance are Philips proprietary information, covered by Philips copyrights and remain Philips' property and may not be copied, reproduced, transmitted or communicated to or utilized by third parties without Philips' prior written consent. Data such as but not limited to illustrations, catalogues, colours, drawings, dimensions, statements of weight and measurements made available as (printed) information are an approximation only and customer can not derive any rights based on these data.

**14. Export Control**
The delivery of any Product may be subject to the granting of governmental export licenses. In the event that such licenses or an end-user statement are required, Philips will contact the customer immediately and the customer shall provide Philips with such documents on first written request. In case the delivery of Products becomes restricted or forbidden due to changed export control laws, Philips may suspend or terminate at its option the execution of its obligations under any agreement without incurring any liability towards customer other than reimbursing any amounts received.

The customer acknowledges that it is familiar with such export control regulations. The customer furthermore agrees that it will not deal with the Products and/or documentation in violation of such regulations, and more specifically will not (re-)export or otherwise dispose of such goods without the applicable, prior written authorisation of the competent authorities. Such export control regulations shall include without limitation U.S. statutes and regulations regarding embargoes and prohibiting the participation in unlicensed international boycotts.

**17. Confidentiality.** Each party shall maintain as confidential any information furnished or disclosed to one party by the other party, whether disclosed in writing, electronically or disclosed orally, relating to the Products and business of the disclosing party, its customers and/or its patients, and this question or sale and its terms, including any pricing information. Each party shall use the same degree of care to protect the confidentiality of the disclosed information as that party uses to protect the confidentiality of its own information, but not less than reasonable care. Each party shall disclose such information only to its employees having a need to know such information to perform the transactions contemplated by this quotation. The obligation to maintain the confidentiality of such information shall not extend to information in the public domain at the time of disclosure, and/or information that is required to be disclosed by law or by court order.

**18. Force majeure**
Each party is entitled to suspend the performance of its obligations as a result of any delay or default caused by events beyond its reasonable control including, but not limited to, acts of God, war, civil war, insurrection, fires, floods, labour disputes, epidemics, governmental regulations and/or similar acts, freight embargoes, Philips' non-availability of any permits, licenses and/or authorisations required, defaults or force majeure of suppliers or subcontractors.

If force majeure prevents Philips from filling any order from customer or otherwise performing any obligation arising out of the sale, Philips shall not be liable for any compensation, reimbursement or damages whether for direct, indirect or consequential loss or otherwise.

**19. Taxes**
All taxes, duties, levies and similar expenses, which are or become due in connection with our quotation, any order or agreement resulting therefrom, and the carrying out thereof are for the account of Philips as far as they are due in the supplier's country, and for the account of the customer as far as they are due in customers country or in such other country or countries for which the Products are destined or in which any services will be performed, irrespective of which party (including its representatives/employees) will be held to pay such taxes.

**20. Miscellaneous**
(a) If the customer becomes insolvent, is unable to pay its debts when due, files for bankruptcy, is the subject of involuntary bankruptcy, has a receiver appointed, or has its assets assigned or frozen, Philips may cancel any unfulfilled obligations, or suspend performance, however, the customer's financial obligations to Philips shall remain in effect.

(b) The customer may not assign any rights or obligations in connection with the transaction contemplated by this quotation or sale without the prior written consent of Philips, and any attempted assignment without such consent shall be of no force or effect.

(c) All transactions contemplated by this quotation or sale shall be governed by the laws of the Netherlands without regard to the principles of choice of law. Customer and Philips shall submit any dispute that cannot be solved amicably to the exclusive jurisdiction of the relevant court in Amsterdam, the Netherlands.

(d) The terms and conditions in this quotation or sale constitute the entire understanding and agreement by and between the parties with respect to the transactions contemplated by this quotation or sale, and supersede any previous understandings or agreements between the parties whether written or oral regarding the transactions contemplated by this quotation or sale. The pricing in this quotation or sale is based upon the terms and conditions in this quotation or sale. No additional terms, conditions, contracts, waivers, alterations, or modifications shall be binding unless in writing and signed by the parties. The customer's submission of a purchase order shall evidence the customer's agreement to these terms and conditions.

(e) The headings in these Conditions of Sale are intended for convenience only, and shall not be used to interpret the content of the clauses as set out herein.

(f) If any provision of these Conditions of Sale is deemed to be illegal, unenforceable, or invalid, in whole or in part, the validity and enforceability of the remaining provisions shall not be affected or impaired, and shall continue in full force and effect. In substitution for any such provision deemed to be illegal, unenforceable, or invalid, in whole or in part, a provision reflecting the original intent hereto to the extent permissible under applicable law shall be deemed to substitute such provision.

(g) Notices or other communications shall be in writing, and shall be deemed served if delivered personally, or if sent by facsimile transmission, by overnight mail or courier, or by certified mail, return receipt requested and addressed to the relevant party.

(h) The failure of the customer or of Philips at any time to require the performance of any obligation will not affect the right to require such performance at any time thereafter. The course of dealing, course of performance, course of conduct, prior dealings, usage of trade, community standards, industry standards, and customary standards and customary practice or interpretation in matters involving the sale, delivery, installation, use, or service of similar or dissimilar products or services shall not serve as references in interpreting the terms and conditions of these Conditions of Sale.

(i) The customer's obligations are independent of any other obligations the customer may have under any other agreement, contract, or account with Philips. The customer and/or customer any right of offset in connection with the terms and conditions in this quotation or sale, or in connection with any other agreement, contract, or account with Philips.

**GENERAL CUSTOMER SOFTWARE LICENSE CONDITIONS**
Philips has not authorized any employee or agent to grant any licenses other than as set forth herein or other rights with respect to any patent application, patent, copyright, trademark, trade secret, proprietary right, or other property right of Philips or any of its affiliates or suppliers.

**1. Definitions**
The following terms used hereinafter shall have the meaning set forth below:

A. "Agreement" means the sales/lease supply agreement, based on which a right and license to use software in the Products is provided by Philips to the customer on the basis of these General Customer Software License Conditions ("License").

B. "Licensed Software" means the computer program specified in the Agreement or on which a right and license to use software is (as defined hereinafter) covering application, system and test functions, furnished on magnetic or fixed media, including the supporting documentation necessary to effectively use the computer programs. Test functions are understood to cover measurement to verify that the Products are in good working condition, but excluding any further diagnostic functions such as but not limited to troubleshooting and verification after repair. This license does not extend to any maintenance or service software shipped (separately or with the Products) to or located at customer's premises which is intended to assist Philips' employees or agents in the installation, testing, service, and maintenance of the Product.

C. "Licensor": means Philips or (the respective direct or indirect subsidiary of) Koninklijke Philips Electronics N.V., whichever is indicated as copyright owner of the Licensed Software.

D. "Designated Hardware": means the medical hardware as supplied by Philips, with which the Licensed Software is designed to work and as identified in the Agreement.

E. "Functional Specification": means the description of functionality of a specific software product, version, update, upgrade or option, as described by Philips.

**2. License**
Upon taking the Licensed Software in operation, and subject to fulfilment of the terms and conditions contained herein, Licensor grants to customer ("Licensee") a personal non-transferable and non-exclusive right, without the right to sublicense, to use the Licensed Software in connection with the operation of the Designated Hardware.

Unless otherwise agreed between the parties, the Licensed Software shall be installed by Licensor or by its authorized agents. Licensee undertakes not to use the Licensed Software or cause or allow the Licensed Software to be used prior to the execution of the customer acceptance certificate.

The Licensed Software shall only be used on the Designated Hardware and at the site of the Licensee stated in the Agreement, unless it pertains to a mobile system. A separate license is required per each Designated Hardware or central processing unit on which the Licensed Software is to be used.

The Licensee shall only use the Licensed Software for the purpose(s) agreed to and shall not rent, electronically distribute or timeshare the Licensed Software or market it by interactive means or remote processing services or otherwise distribute or allow access to the Licensed Software other than specified herein or set out in the Agreement.

Licensee acknowledges and agrees that the Licensed Software may include or incorporate technology owned or certified by Licensor's suppliers ("Embedded Software") and that this License does not convey a license or imply a right under any patent, copyright, trade secret, or other intellectual property right of any such Licensor suppliers to use the Embedded Software so incorporated. If so required by such supplier(s), Licensee acknowledges and agrees to obtain a separate license from such supplier(s).

Licensee shall hold Licensor harmless from any liability arising out of any unauthorized use of the Licensed Software.

**3. License fee**
The license fee shall be specified in the Agreement either separately or as part of the price of the Products.

**4. Reservations**
(a) The Licensed Software, including any copies thereof and any Intellectual Property Rights related thereto, shall at all times remain the sole and exclusive property of Licensor and Licensor's suppliers, even if the Licensed Software was developed by or on behalf of Licensor specifically for use by the Licensee.

(b) Licensee acknowledges that the Licensed Software is unique to the Designated Hardware configuration and expressly assumes the risks associated with any unauthorized use or attempt to use the Licensed Software on equipment other than the Designated Hardware.

(c) Licensee may copy or have one copy available in machine readable form for backup/archival purposes only as is necessary to support Licensee's own use of the Licensed Software on the Designated Hardware. Licensee agrees not to copy or otherwise reproduce the Licensed Software or any part thereof for other purposes without prior written authorization from Licensor. In so far as copying is allowed under this License, Licensee shall not erase, delete or otherwise remove Licensor or Licensor's supplier(s) copyright notice(s) and other proprietary legend(s), if any, contained on the Licensed Software in such reproductions or copies. All restrictions in this License relating to the use and disclosure of the Licensed Software shall apply to any such reproduction or copies of the Licensed Software.

(d) The Licensed Software (other than documentation) is to be used in machine readable form only.

(e) Licensee shall not cause or permit the Licensed Software, or any part thereof, to be used by any person other than either Licensee's service personnel or the officers, employees, and agents of Licensee engaged in the activities of Licensee. Licensee agrees that it shall cause each authorized person who uses the Licensed Software to adhere to the terms and conditions as contained herein.

(f) If Licensee uses the Licensed Software to access or utilize the services or functionality of Microsoft's Windows NT Server (all editions or successor versions) or similar software or uses the Licensed Software to permit workstation or computing devices to access or utilize the services or functionality of Microsoft's NT Server or similar software, Licensee may be required (1) through Philips to obtain a Client Access License for the Licensed Software under each such workstation or computing device from Microsoft, or (ii) to obtain - in the event similar software is used - the necessary license from the relevant third party for each such workstation or computing device.

**5. Modifications and improvements**
(a) Licensee is not allowed to modify, unlock, reverse, adapt, convert alter, translate, reverse engineer, decompile, disassemble, or otherwise translate the binary or object code versions of the Licensed Software to human perceivable form, or to cause or permit such activities. Licensee is further not allowed to create derivative works based on the Licensed Software or have such work carried out without the prior written consent of Licensor. Information necessary to achieve interoperability of the Licensed Software with other software shall be obtained only from Licensor against (not prevailing standard terms and conditions and at Licensor's sole option.

(b) If the Licensed Software is modified in any manner by a third party, or is combined with software or equipment not supplied and/or approved in writing by Licensor, all warranties associated with the Licensed Software and Designated Hardware shall become null and void as from the moment of such modification. If nevertheless Licensor or any of its officers, employees or agents (i) devise or acquire any improvements in the Licensed Software, such improvements shall be disclosed to Licensor or (ii) suggest or recommend to Philips any improvements, such information shall become the exclusive property of Licensor and all rights, title and interest in and to any invention, product improvement, or modification to the Licensed Software will vest solely in Licensor.

(c) Licensor may create and license updated and improved versions of the Licensed Software from time to time. Licensor may make available such updated and improved versions of the Licensed Software to Licensee at Licensor's then current published rates and subject to the terms and conditions of Licensor's then applicable software license/maintenance customer support agreement.

(d) Licensor may make available maintenance of the Licensed Software to Licensee at Licensor's published rates and subject to the terms and conditions of Licensor's then applicable software maintenance/customer support agreement.

(e) Licensor has no obligation to furnish any assistance, support, maintenance, or new versions, except if and to the extent Licensor has explicitly agreed thereto in writing.

**6. Term and Termination**
This License shall continue for as long as Licensee utilizes the Designated Hardware , except that Licensor may terminate this License forthwith without the need for judicial action, in the event of any breach by Licensee of any term, covenant, or condition contained herein, provided Licensor has given Licensee a written notice specifying such breach and Licensee has failed to remedy such breach within fifteen (15) days from the date of such notice or within such longer period as may be specified in said notice. Such termination shall not relieve Licensee of any of its obligations incurred prior to such termination, and shall not impair any of Licensor's rights which have accrued prior to such date. Licensee shall remove the Licensed Software from the Designated Hardware and return the Licensed Software and any copies thereof and documentation relating thereto to Licensor at Licensee's expense immediately upon the termination of this License. Upon such return Licensee shall certify to Licensor that it does not, directly or indirectly, wholly or partly, retain or possess Licensed Software, or parts thereof.

**7. Intellectual Property Right ("IPR") infringement Indemnification**
If a third party makes, or attempts to make, a claim against Licensee alleging that the Licensed Software provided hereunder infringes a valid claim under a patent, utility model, industrial design, copyright, trade secret, mask work, or trademark (collectively "IPR"), Licensee shall (x) provide Licensor prompt written notice of the claim, and (b) grant Licensor full and complete information, and (z) grant Licensor sole control, including with or negotiate the claim Licensor shall (i) give Licensee sole control of any defense or settlement that it may undertake and (ii) provide Licensee with all reasonable assistance if so desired by Licensee.

In case (a) a recognisable judgment of a competent court having jurisdiction declares the claim to be valid or (b) the Licensed Software is believed by Licensor to infringe such a claim, Licensor may, at its option, either (x) secure Licensee's right to continue using the Licensed Software, (b) replace or modify the Licensed Software to make it free of such infringement so long as such replacement or modification does not materially affect the vital functionality of the Licensed Software, or (c) if neither of the foregoing alternatives is available on commercially reasonable terms to Licensor, accept return of such Licensed Software and, after deduction of a reasonable charge for the time Licensee did make use of the Licensed Software, refund to Licensee the fee specified in section 3, paid by Licensee for the Licensed Software so returned. If Licensor provides any of the options set forth above, Licensor's indemnity obligation hereunder shall be entirely fulfilled and the obligations set forth in this individual claim.

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands
Commercial Register Eindhoven no. 17038190                    Tel. Exch. Int.: +31 40 27 87246

# PHILIPS

## Philips Medical Systems Nederland B.V.

Quotation:   DS 2-08 Intera Pulsar 1.5                    Version:   1

Licensor shall have no obligation for any claim of infringement and Licensee shall reimburse all reasonable costs (including, but not limited to, attorneys fees) in case a claim arises from (i) any settlement or compromise made by Licensee without Licensor's prior written consent, (ii) use by Licensee of the Licensed Software, when use of a later version which Licensor has commercially made available would have avoided such infringement, or (iii) use or combination of the Licensed Software with software or equipment not supplied by Licensee, where without combination the Licensed Software would not have been infringing, (iv) use of the Licensed Software by a manner or for a purpose for which it was not designed as set forth in the applicable Product documentation, (v) Licensor's compliance with Licensee's particular design, specifications and/or instructions or (vi) Licensee's use of technical information or technology provided by the Licensee, (vii) modifications neither made by Licensee nor approved by Licensor or, (viii) Licensee not following Licensee's normal recommended hardware and software maintenance schedules and instructions and/or not implementing mandatory (safety) actions (FCO implementation). Furthermore, Licensor will not be liable for any claim where the damages sought are based directly or indirectly upon the quantity or value of products or services generated by means of the Products purchased under this quotation, or based upon the amount of use of the Products regardless of whether such claim alleges the Products or its use infringes or contributes to the infringement of such claim.

The indemnities and obligations of Licensor in this Section 7 shall apply to third party software only to the extent Licensor, pursuant to its license agreement or purchase agreement with such third party, is entitled to indemnification for such infringement.

THE FOREGOING STATES THE ENTIRE LIABILITY OF PHILIPS WITH RESPECT TO INFRINGEMENT OF ANY IPR BY THE LICENSED SOFTWARE OR ANY PARTS THEREOF.

8  Warranty
THE WARRANTIES SET FORTH HEREIN OR IN PHILIPS' WARRANTY DOCUMENT WITH RESPECT TO THE LICENSED SOFTWARE ARE THE ONLY WARRANTIES MADE BY PHILIPS IN CONNECTION WITH THE LICENSED SOFTWARE AND THE TRANSACTION CONTEMPLATED BY THIS QUOTATION OR SALES AGREEMENT ATTACHED TO THIS LICENSE.

Philips provides specific warranties with respect to the offered Licensed Software, as set out in Philips' quotation, or as asserted herein. In the absence of any specific warranty for the Licensed Software, Philips warrants that during a period of ninety (90) days after the Licensed Software has been made available that the Licensed Software will conform substantially to the applicable functional specifications which are in effect on the date of the License and which may be furnished to Licensee. This Software License warranty is made on the condition that during the applicable warranty period: (A) Licensee notifies Licensor of the nonconformity in writing within ten (10) days of discovery giving full details of such nonconformity, (B) such nonconformity is a critical error in the then-current version of the Licensed Software, and (C) Licensee is able to reproduce the nonconformity, then Licensor shall at its option, and at its expense, endeavour to correct the nonconformity, either by replacement, work around, or by modification of the Licensed Software. If, after the expenditure of reasonable efforts, Licensor is unable to correct the noncompliance, Licensor may refund a reasonable portion or the entire purchase price for the Licensed Software, in which event the refund will be in full satisfaction of all Licensee's claims relating to the noncompliance. All corrections shall be made in accordance with Licensor's then-current Licensed Software correction procedures. Licensee does not guarantee the effectiveness of the correction efforts, and does not represent or warrant that all errors can be corrected. The warranty period for the then corrected Licensed Software shall not extend the warranty period as set out above.

EXCEPT FOR THE WARRANTIES DESCRIBED IN THIS SECTION, PHILIPS GRANTS NO WARRANTIES EITHER EXPRESS, IMPLIED, STATUTORY OR OTHER WARRANTIES ON THE LICENSED SOFTWARE, INCLUDING BUT NOT LIMITED TO ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, COURSE OF DEALING, USE OF TRADE, OR SAMPLES PREVIOUSLY SUPPLIED. PHILIPS DOES NOT REPRESENT OR WARRANT THAT THE FUNCTIONS CONTAINED IN THE LICENSED SOFTWARE WILL MEET LICENSEE'S REQUIREMENTS, OR THAT THE OPERATION OF LICENSED SOFTWARE WILL BE UNINTERRUPTED OR ERROR-FREE. EXCEPT AS PROVIDED IN THESE GENERAL CUSTOMER SOFTWARE LICENSE CONDITIONS, NEITHER PHILIPS NOR ANY OTHER PERSON OR ENTITY RETAINING RIGHTS IN THE LICENSED SOFTWARE OR INTELLECTUAL PROPERTY USED BY PHILIPS IN THE LICENSED SOFTWARE WILL HAVE ANY OBLIGATION OR LIABLE FOR ANY DUO, ERROR, OMISSION, DEFECT, DEFICIENCY OR NON-CONFORMITY IN THE LICENSED SOFTWARE. PHILIPS MAKES NO REPRESENTATION OR WARRANTY WITH RESPECT TO THE WAY IN WHICH SOFTWARE FUNCTIONS ARE EXECUTED. PHILIPS DOES NOT WARRANT THAT THE MEDIA USED ON THE HARDWARE WILL BE COMPATIBLE WITH OR PERFORM ON ANOTHER HARDWARE COMPONENT.

PHILIPS FURTHER GRANTS NO WARRANTY AS TO DEFECTS THAT APPEAR IN THE LICENSED SOFTWARE DUE TO ONE OR MORE OF THE REASONS SPECIFIED IN SECTION 5 HEREINABOVE

NOTWITHSTANDING THIS ARTICLE 8, PHILIPS' OBLIGATIONS UNDER ANY WARRANTY DO NOT APPLY TO ANY DEFECTS OF THE LICENSED SOFTWARE CAUSED BY AN EXTERNAL SOURCE REGARDLESS OF ITS NATURE, INCLUDING BUT NOT LIMITED TO HACKING.

IN NO EVENT SHALL PHILIPS BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, WHICH INCLUDE LOST TURNOVER, LOST PROFITS, LOST MEDICAL DATA OR OTHER DATA, INABILITY TO USE THE LICENSED SOFTWARE, ARISING OUT OF THE USE OR OPERATION OF THE LICENSED SOFTWARE, BREACH OF CONTRACT, WARRANTY, NEGLIGENCE, INDEMNITY, STRICT LIABILITY OR OTHER TORT OR OTHERWISE.

All other warranties are hereby disclaimed. Correction of non-conformities or defects or repairment of (part of) the license fee shall be Licensee's exclusive remedy and shall constitute full and final fulfilment of all liabilities of Licensor with respect to the Licensed Software.

The warranty and service obligations of Licensor herein shall apply to third party software only to the extent Licensor, pursuant to its license agreement or purchase agreement with such third party, is entitled to corresponding warranty and service remedies.

9.  Waiver
Notwithstanding paragraphs 7 and 8 hereinabove, the Licensee expressly waives all claims against Licensor and agrees to hold Licensor harmless from any liability arising from the use of the Licensed Software, unless Licensee proves that such liability is solely attributable to the gross negligence or wilful intent of Licensor.

10  Miscellaneous
(a) This License constitutes the entire agreement between Licensor and Licensee with respect to the subject matter and Licensor shall not be liable to Licensee for loss arising from or in connection with any representations, agreements, statements or undertakings made prior to the date of the License. A copy of this License must be available for Licensor's inspection during normal working hours at the site specified therein.

(b) No modifications of this License shall be valid unless in writing and signed by duly authorised representatives of both of the parties.

(c) Licensee is not entitled to assign the License or any right hereunder to any other person or entity.  Licensee may, however, delegate the exercise of rights and the performance of one or more of its obligations under this License to its affiliated companies and authorized agents, provided that Licensor shall remain responsible for ensuring that such obligations are performed in accordance with the provisions of this License.

(d) Licensee will offer a software license to any bona fide purchaser of the Designated Hardware on which the Licensed Software is running ("Secondary Purchaser") pursuant to the then current Licensor's charges, terms and conditions. Due to Licensee's need to protect its proprietary information, Licensee reserves the right not to license the Licensed Software to any Secondary Purchaser, if such Secondary Purchaser is deemed by Licensor to be a competitor of Licensor. Upon any sale of the Designated Hardware to a Secondary Purchaser and approval of the Secondary Purchaser by Licensor, all de-install such Designated Hardware at Licensor's then prevailing rates and re-install such Designated Hardware for the Secondary Purchaser, but only after such Secondary Purchaser has agreed to the required Licensor software licensing conditions.

(e) In connection with Embedded Software in which one or more suppliers retain rights, the provisions contained herein shall also be for the benefit of these supplier(s). Licensee agrees to defend and indemnify Licensor for any claim by supplier(s) which arises out of Licensee's breach of this License.

Licensee acknowledges that part of the Licensed Software is of US origin and agrees to comply with all applicable  international laws that apply to the Licensed Software, including the US Export Administration Regulations, as well as end-user, end use and country destination restrictions issued by US or other governments, if applicable.

(f) DISCLAIMER ON JAVA SUPPORT: THE LICENSED SOFTWARE MAY CONTAIN SUPPORT FOR PROGRAMS WRITTEN IN JAVA. JAVA TECHNOLOGY IS NOT FAULT TOLERANT AND IS NOT DESIGNED, MANUFACTURED, OR INTENDED FOR USE OR RESALE AS ONLINE CONTROL EQUIPMENT IN HAZARDOUS ENVIRONMENTS REQUIRING FAIL-SAFE PERFORMANCE, SUCH AS IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL, DIRECT LIFE SUPPORT MACHINES, OR WEAPON SYSTEMS IN WHICH THE FAILURE OF JAVA TECHNOLOGY COULD LEAD DIRECTLY TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL          OR          ENVIRONMENTAL          DAMAGE.

Philips Medical Systems Netherlands B.V.
Boschdijk 525, P.O. Box 80014, 5600 JJ Eindhoven, The Netherlands                    Tel. Exch. Int'.: +31 40 27 87246

THE INFORMATION IN THIS PACKAGE IS PROVIDED AS A CUSTOMER CONVENIENCE, AND IS NOT TO BE CONSTRUED AS ARCHITECTURAL DRAWINGS OR CONSTRUCTION DOCUMENTS.

# PHILIPS

## Healthcare
www.healthcare.philips.com

Philips Contact: Raul Rizik
Latin Region Voice Mail: (787) 972-1312
E-mail: raul.rizik@philips.com

## Final Site Preparation Support Document

The equipment components shown in this drawing package are based on the current proposed equipment purchase and are subject to change if modifications are made to the configuration.

### TRANSMITTAL

LAYOUT ACCEPTED BY

ELECTRICAL CONTRACTOR
NAME  Esteban Robles
SIGNED
DATE  6/26/08
MECHANICAL CONTRACTOR  Jose Rodriguez
NAME
SIGNED
DATE  6/26/08

GENERAL CONTRACTOR  Luis A. Matinez
NAME  Jose Acevedo Feliciano
SIGNED
DATE  6/26/08
SIGNED
DATE  6/26/08

### Revision History
Note for Architects and/or Contractors: If revisions are listed, these drawings must be thoroughly reviewed so that all changes can be incorporated into your project.

| Rev Level | Date | Revision Description | By |
|---|---|---|---|
| A | 06/17/08 | Created final site preparation support document. | RDP |

### Table of Contents

**Section A - Equipment Plan**
General Notes ......................... AN1 - AN4
Equipment Plan ......................... A1
Magnetic Field Plot ......................... AD1
Magnet Rigging Details ......................... AD2
Equipment Details ......................... AD3 - AD5

**Section S - Support Plan**
Support Notes ......................... SN1 - SN2
Support Plan ......................... S1
Support Details ......................... SD1 - SD3

**Section E - Electrical Plan**
Electrical Notes ......................... EN1 - EN3
Electrical Plan ......................... E1
Electrical Details ......................... ED1

**Section MP - Mechanical / Plumbing Plan**
Mechanical / Plumbing ......................... MP1 - MP5

**Section N - Network Plan**
Network Connection ......................... N1

**Section CHK - Site Readiness Checklist**
Site Readiness Checklist ......................... CHK

| | |
|---|---|
| Drawing Number | N-LAT080041 A |
| Quote Number | N/A |
| Order Number | 781/195 |
| Date | 6/17/2008 |
| Drawn By | Prado, Richard |

- Condado X-Ray -
Caguas, PR
Intera Pulsar HP 1.5T

**C1**
Sheet 1 of 30