**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC., PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; AND PHILIPS INDIA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA BIOMEDICAL AND DIAGNOSTIC CORP.,<br><br>Defendant. | CIVIL No. 3:19-cv-01488- BJM<br><br>RE: PERMANENT INJUNCTIVE RELIEF PURSUANT TO THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030, COPYRIGHT ACT, 17 U.S.C. § 1201, PUERTO RICO'S INDUSTRIAL AND TRADE SECRET PROTECTION ACT, 10 P.R. LAWS ANN. §§4131-4141; UNFAIR COMPETITION; DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. § 1201; COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101, *et seq.* AND DEMAND FOR JURY TRIAL. |

**JOINT MOTION REQUESTING COURT-ANNEXED MEDIATION UNDER L. CIV. R. 83J(b)(3), AND FOR STAY OF PROCEEDINGS PENDING MEDIATION EFFORTS**

**TO THE HONORABLE COURT:**

Plaintiffs, Philips Medical Systems Puerto Rico, Inc., Philips Medical Systems Nederland B.V., and Philips India Limited (collectively, "Philips" or "Plaintiffs"), and Defendant, Alpha Biomedical and Diagnostic Corp. ("Alpha") (collectively, the "Parties"), by and through their undersigned counsel, respectfully state and pray as follows:

1. During recent months Parties have engaged in settlement efforts. Although parties have made some progress, there remains outstanding issues to resolve.

2. In light of the case management deadlines, the next milestone is the submission of the Pre Trial Order[1]. However, Parties wish to resolve this matter without incurring in the time and expense that a trial entails; thus, they have agreed that the case would benefit from a court annexed mediation.

[1] Per **Dkt. No. 116** the Joint Pre Trial Order must be issued by June 1st, 2022, the Settlement/Preconference Trial is scheduled for July 1st, 2022, and Jury Selection for August 29, 2022.

3. Accordingly, pursuant to L. Civ. R. 83J(b)(3), the Parties move for Court-annexed mediation in this judicial district to try to resolve the claims in this case.

4. To allow the Parties a meaningful opportunity to explore and focus their time and resources on settlement, the Parties respectfully request that all proceedings -including today's deadline to submit a Joint Proposed Pretrial Report and July 1, 2022's Settlement/Pre-trial Conference- be stayed to allow the Parties sufficient time to prepare, arrange and complete the alluded mediation.

5. Good cause exists to modify the procedural milestones and temporarily stay this case so the Parties may conduct a mediation. This relief—a temporary stay of limited duration to conduct mediation —would conserve the resources of the Parties as well as the Court.

6. It is well-settled that this Honorable Court enjoys broad discretion and substantial leeway in ruling on pretrial management matters and managing pretrial affairs. *See* In re Recticel Foam Corp., 859 F. 2d 1000, 1006 (1st Cir. 1988).

7. In exercising the power to control their dockets, district courts routinely grant stays so the parties may pursue a mediation. *See e.g.*, Trembath v. Meritplan Ins. Co., No. 809-CV-1110-T-17TGW, 2009 WL 2147112, at *2 (M.D. Fla. July 16, 2009) (granting motion to stay and compel mediation based on finding that "mediation can be coordinated amongst the parties swiftly, with nominal delay to the entirety of the proceedings"); Goddard v. RoundPoint Mortg. Servicing Corp., No. 1:11-CV-1545- AT, 2012 WL 13009232, at *1 (N.D. Ga. Feb. 28, 2012) (granting motion to stay pending submission of case to mediation and directing parties to file proposed scheduling order in event mediation fails); Trombley v. Bank of America Corp., _ F. Supp. _, 2010 WL 4878992(R.I. 2010 )(noting that "the court had granted the parties' joint motion to stay litigation in the case while the parties pursued settlement through mediation").

8. Accordingly, the Parties respectfully request that this Honorable Court allow the instant motion and, as a result, enter an Order to stay all proceedings, including upcoming deadlines for

the Joint Pre Trial Orden (June 1st, 2022) and Settlement/Pre Trial-Conference (July 1st 2022) to allow the Parties sufficient time to arrange, prepare, and complete the alluded mediation. Parties will file a joint motion by June 30, 2022, informing the progress of this effort.

9. Lastly, if the instant request is granted, Parties request the mediation sessions take place via Zoom or equivalent virtual conference platform, since Plaintiffs' representatives reside outside Puerto Rico.

**WHEREFORE**, the Parties respectfully request that this Honorable Court grant this motion and, consequently, enter an order (i) referring this case to Court-annexed mediation under L. Civ. R. 83J(b)(3), to be conducted via Zoom or equivalent virtual conference platform, and (ii) staying all proceedings, to allow the Parties sufficient time to arrange and complete mediation.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 1st day of June 2022.

**CERTIFICATION:** An electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of this filing to counsel of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, PSC**
*Counsel for Philips*
P.O. Box 70294
San Juan, PR 00936-8294
Tel.: 787.756.9000/Fax: 787.756.9010

*/s/ Eric Perez-Ochoa*
ERIC PEREZ-OCHOA
USDC-PR 206314
epo@amgprlaw.com

*/s/ Alexandra Casellas Cabrera*
ALEXANDRA CASELLAS CABRERA
USDC-PR 301010
acasellas@amgprlaw.com

**REICHARD & ESCALERA LLC**
*Counsel for Alpha*
MCS Plaza, 10th Floor
PO Box 364148 San Juan,
PR 00936-4148
Tel. (787) 777-8888/Fax (787) 765-4225

*/S/Carlos R. Rivera-Ortiz*
USDC-PR 303409
riverac@reichardescalera.com

*/S/Christopher A. Dávila Rodríguez*
USCS-PR 304103
cdavila@reichardescalera.com