**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MINUTES OF PROCEEDINGS

MAGISTRATE JUDGE BRUCE J. McGIVERIN

DATE: June 6, 2022

Civil No.: 19-1488 (BJM)

---

| | Attorneys: |
|---|---|
| ***Philips Medical Systems Puerto Rico, Inc., et al.,*** | Alexandra C. Casellas-Cabrera |
| Plaintiffs,<br>v. | |
| ***Alpha Biomedical and Diagnostic Corp.,*** | Carlos R. Rivera-Ortiz |
| Defendant. | |

---

A status conference was held on 6/3/2022.

Joint motion requesting court-annexed mediation (ECF No. 131) was discussed and granted.

The Clerk is directed to refer the matter at random to a U.S. Magistrate Judge ("USMJ") for the setting of mediation according to the USMJ's availability.

Jury trial remains as set for 8/29/2022 pending the outcome of mediation efforts.

***s/Bruce J. McGiverin***
Bruce J. McGiverin
U.S. Magistrate Judge