**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC., PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; AND PHILIPS INDIA LIMITED,

Plaintiffs,

v.

ALPHA BIOMEDICAL AND DIAGNOSTIC CORP.,

Defendant.

CIVIL No. 3:19-cv-01488- BJM

RE: PERMANENT INJUNCTIVE RELIEF PURSUANT TO THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030, COPYRIGHT ACT, 17 U.S.C. § 1201, PUERTO RICO'S INDUSTRIAL AND TRADE SECRET PROTECTION ACT, 10 P.R. LAWS ANN. §§4131-4141; UNFAIR COMPETITION; DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. § 1201; COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101, *et seq.* AND DEMAND FOR JURY TRIAL.

**JOINT MOTION IN COMPLIANCE WITH THIS HONORABLE COURT'S ORDER OF JUNE 8, 2022 (ECF. NO. 135)**

**TO THE HONORABLE COURT:**

Plaintiffs, Philips Medical Systems Puerto Rico, Inc., Philips Medical Systems Nederland B.V., and Philips India Limited (collectively, "Philips" or "Plaintiffs"), and Defendant, Alpha Biomedical and Diagnostic Corp. ("Alpha") (collectively, the "Parties"), by and through their undersigned counsel, respectfully state and pray as follows:

On June 8, 2022, this Honorable Court, via U.S. Magistrate Judge Giselle López-Soler, issued an Order instructing the Parties to submit by today, June 13, 2022, a joint informative motion proposing at least three alternatives for the mediation session (the "Order"). *See* **ECF No. 135**. In compliance with *Order*, the Parties hereby propose the dates of **July 19, 20, 21 and/or 22**.

**WHEREFORE**, the Parties respectfully pray this Honorable Court to take notice of the above and deem the Order of June 8, 2022 (**ECF No. 135**) fully complied with.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 13th day of June 2022.

**CERTIFICATION:** An electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of this filing to counsel of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, PSC**
*Counsel for Philips*
P.O. Box 70294
San Juan, PR 00936-8294
Tel.: 787.756.9000/Fax: 787.756.9010

*/s/ Eric Perez-Ochoa*
ERIC PEREZ-OCHOA
USDC-PR 206314
epo@amgprlaw.com

*/s/ Alexandra Casellas Cabrera*
ALEXANDRA CASELLAS CABRERA
USDC-PR 301010
acasellas@amgprlaw.com

**REICHARD & ESCALERA LLC**
*Counsel for Alpha*
MCS Plaza, 10th Floor
PO Box 364148 San Juan,
PR 00936-4148
Tel. (787) 777-8888/Fax (787) 765-4225

*/s/Carlos R. Rivera-Ortiz*
USDC-PR 303409
riverac@reichardescalera.com

*/s/Christopher A. Dávila Rodríguez*
USCS-PR 304103
cdavila@reichardescalera.com