**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC., PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; AND PHILIPS INDIA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA BIOMEDICAL AND DIAGNOSTIC CORP.,<br><br>Defendant. | CIVIL No. 3:19-cv-01488- BJM-GLS<br><br>RE: PERMANENT INJUNCTIVE RELIEF PURSUANT TO THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030, COPYRIGHT ACT, 17 U.S.C. § 1201, PUERTO RICO'S INDUSTRIAL AND TRADE SECRET PROTECTION ACT, 10 P.R. LAWS ANN. §§4131-4141; UNFAIR COMPETITION; DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. § 1201; COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101, *et seq.* AND DEMAND FOR JURY TRIAL. |

**JOINT MOTION REQUESTING MODIFICATION OF MEDIATION SCHEDULE**

**TO THE HONORABLE COURT:**

Plaintiffs, Philips Medical Systems Puerto Rico, Inc., Philips Medical Systems Nederland B.V., and Philips India Limited (collectively, "Philips" or "Plaintiffs"), and Defendant, Alpha Biomedical and Diagnostic Corp. ("Alpha" or "Defendant-Counterclaimant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully state and pray as follows:

1. On June 14, 2022, this Honorable Court issued an Order (D.E. #138) setting the following mediation schedule:

    a. Mediation hearing: July 19, 2022, at 3:30 p.m., in VTC Bridge GLS

    b. June 28, 2022: deadline for Plaintiffs to submit to Defendant-Counterclaimant a settlement demand.

        i. Seven (7) calendar days from the date Plaintiffs submitted their demand, Defendant-Counterclaimant would respond.

c. July 12, 2022: deadline for the Parties to meet in person to discuss their settlement proposals.

d. July 15, 2022: deadline for the Parties to submit their respective *ex-parte* settlement memoranda.

2. While both Parties confirmed availability for the July 19 mediation hearing, Alpha's representative will be unavailable between June 28 and July 14, 2022. Therefore, Alpha's participation in the scheduled mediation events before the mediation hearing would be limited.

3. To enable both to actively engage in settlement negotiations as ordered by the Court, the Parties undertook conversations to agree on a modified mediation schedule. As a result of these conversations, the Parties agreed on the following dates:

a. The mediation hearing could take place any of the following days:

i. August 2, 2022: after 1:00 p.m.
ii. August 3: between 9:00 a.m. and 2:00 p.m.
iii. August 5: after 12:00 p.m.

b. July 14, 2022: deadline for Plaintiffs to submit to Defendant-Counterclaimant a settlement demand.

i. July 21, 2022: Seven (7) calendar days from the date Plaintiffs submitted their demand, Defendant-Counterclaimant would respond.

c. July 15, 2022: deadline for the Parties to meet in person to discuss their settlement proposals.

d. July 29, 2022: deadline for the Parties to submit their respective *ex-parte* settlement memoranda.

4. Whereby, the Parties respectfully request that this Honorable Court modify the mediation schedule accordingly.

**WHEREFORE**, for good cause shown, the Parties respectfully request that this Honorable Court take notice of the above grant this motion and, consequently, modify the mediation schedule as proposed above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 27th day of June 2022.

**CERTIFICATION:** An electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of this filing to counsel of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, PSC**
*Counsel for Philips*
P.O. Box 70294
San Juan, PR 00936-8294
Tel.: 787.756.9000/Fax: 787.756.9010

*/s/ Eric Perez-Ochoa*
ERIC PEREZ-OCHOA
USDC-PR 206314
epo@amgprlaw.com

*/s/ Alexandra Casellas Cabrera*
ALEXANDRA CASELLAS CABRERA
USDC-PR 301010
acasellas@amgprlaw.com

**REICHARD & ESCALERA LLC**
*Counsel for Alpha*
MCS Plaza, 10th Floor
PO Box 364148 San Juan,
PR 00936-4148
Tel. (787) 777-8888/Fax (787) 765-4225

*/S/Carlos R. Rivera-Ortiz*
USDC-PR 303409
riverac@reichardescalera.com

*/S/Christopher A. Dávila Rodríguez*
USCS-PR 304103
cdavila@reichardescalera.com