**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Phillips Medical Systems Puerto Rico, Inc., et al.
Plaintiffs/Counter Defendants,

v.

Alpha Biomedical and Diagnostic Corp.
Defendant/Counter Plaintiff.

Civil. No.: 19-1488 (BJM-GLS)

**MINUTES**

A mediation session was held today by VTC before U.S. Magistrate Judge Giselle López-Soler beginning at 4:08 p.m. and concluding at 7:21 p.m. The parties were represented by their respective counsel: for Plaintiffs, Alexandra Casellas-Cabrera, and for Defendants, Carlos Rivera-Ortiz. Also in attendance were the parties' representatives.

As a result of the parties' good faith efforts, the parties agreed to settle the matter in a way that would dispose of all the controversies before the Court. The parties agreed to exchange a draft of the settlement agreement and submit a stipulation or respective voluntary dismissals of claims by **August 19, 2022**. If the parties need further assistance from the Court during this process, the parties may move the Court accordingly.

In San Juan, Puerto Rico, this 2nd day of August 2022.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge