**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC., PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; AND PHILIPS INDIA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA BIOMEDICAL AND DIAGNOSTIC CORP.,<br><br>Defendant. | CIVIL No. 3:19-cv-01488- BJM-GLS<br><br>RE: PERMANENT INJUNCTIVE RELIEF PURSUANT TO THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030, COPYRIGHT ACT, 17 U.S.C. § 1201, PUERTO RICO'S INDUSTRIAL AND TRADE SECRET PROTECTION ACT, 10 P.R. LAWS ANN. §§4131-4141; UNFAIR COMPETITION; DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. § 1201; COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101, *et seq.* AND DEMAND FOR JURY TRIAL. |

**JOINT MOTION REQUESTING A MEDIATION HEARING**

**TO THE HONORABLE COURT:**

Plaintiffs, Philips Medical Systems Puerto Rico, Inc., Philips Medical Systems Nederland B.V., and Philips India Limited (collectively, “Philips” or “Plaintiffs”), and Defendant, Alpha Biomedical and Diagnostic Corp. ("Alpha" or “Defendant-Counterclaimant”) (collectively, the “Parties”), by and through their undersigned counsel, respectfully state and pray as follows:

1. On August 2, 2022, a mediation session was held by VTC before U.S. Magistrate Judge Giselle López-Soler. **Docket No. 138.**

2. During the mediation session, the Parties agreed to exchange a draft of the settlement agreement and submit a stipulation or respective voluntary dismissals of claims by August 19, 2022**. Id.**

3. On August 19, the Parties filed *a Joint Motion for Extension of Time on Settlement Discussions* (“the First Motion for Extension”), requesting until September 2, 2022, to submit their stipulation or respective voluntary dismissals of claims. **Docket No. 150.**

4. The *First Motion for Extension* was granted by this Honorable Court on September 1, 2022. **Docket No. 151.**

5. On September 2, 2022, the Parties filed a second motion for extension of time to finalize the settlement documents. The deadline established therein by the Parties is today, September 16, 2022. **Docket No. 152.**

6. Since mediation the Parties have been diligently conferring and exchanging drafts of a settlement agreement. As of today, about 8 version of the agreement have been reviewed, edited, and exchanged. Counsel has also engaged in discussions in an attempt t solve their differenced of opinion.

7. Indisputably, the Parties have made significant progress, but despite their best efforts three (3) items of the proposed agreement remain in dispute.

8. The Parties have strong disagreements with respect to these conditions and believe that they can be addressed and solved with the assistance of the mediator, U.S. Magistrate Judge Giselle López-Soler.

9. The Parties remain committed to settling the instant case and their disagreements are merely a reflection of their interest in protecting their rights and avoiding future conflicts.

10. Whereby, the Parties respectfully request that this Honorable Court schedule a mediation hearing for one of the following dates: September 29 or 30, October 3, 4 or 5, 2022.

**WHEREFORE**, for good cause shown, the Parties respectfully request that this Honorable Court take notice of the above and grant this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 16th day of September 2022.

**CERTIFICATION:** An electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of this filing to counsel of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, PSC**
*Counsel for Philips*
P.O. Box 70294
San Juan, PR 00936-8294
Tel.: 787.756.9000/Fax: 787.756.9010

*/s/ Eric Perez-Ochoa*
ERIC PEREZ-OCHOA
USDC-PR 206314
epo@amgprlaw.com

*/s/ Alexandra Casellas Cabrera*
ALEXANDRA CASELLAS CABRERA
USDC-PR 301010
acasellas@amgprlaw.com

**REICHARD & ESCALERA LLC**
*Counsel for Alpha*
MCS Plaza, 10th Floor
PO Box 364148 San Juan,
PR 00936-4148
Tel. (787) 777-8888/Fax (787) 765-4225

*/S/Carlos R. Rivera-Ortiz*
USDC-PR 303409
riverac@reichardescalera.com

*/S/Christopher A. Dávila Rodríguez*
USCS-PR 304103
cdavila@reichardescalera.com