**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Phillips Medical Systems Puerto Rico, Inc., et al.
Plaintiffs/Counter Defendants,

v.

Alpha Biomedical and Diagnostic Corp.
Defendant/Counter Plaintiff.

Civil. No.: 19-1488 (BJM-GLS)

**MINUTES**

A further mediation session was held today, September 29, 2022, by VTC before U.S. Magistrate Judge Giselle López-Soler beginning at 4:05 p.m. and concluding at 6:38 p.m. The parties were represented by their respective counsel: for Plaintiffs, Alexandra Casellas-Cabrera, and for Defendant, Carlos Rivera-Ortiz. Also in attendance were the parties' representatives.

The parties discussed the three (3) items of the proposed agreement which remained in dispute and reached a final agreement which disposes of all controversies pending before the Court. The Court ordered the parties to submit a stipulation for dismissal by **October 7, 2022**.

In San Juan, Puerto Rico, this 29th day of September 2022.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge