**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Philips Medical Systems Puerto Rico, Inc., Philips Medical Systems Nederland B.V.; and Philips India Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Alpha Biomedical and Diagnostic Corp.,<br><br>Defendant. | Civil No. 3:19-cv-01488- BJM<br><br>Re: Permanent Injunctive Relief; Computer Fraud and Abuse Act, 18 U.S.C. §1030, Copyright Act, 17 U.S.C. § 1201, Puerto Rico's Industrial and Trade Secret Protection Act, 10 P.R. Laws Ann. §§4131-4141; Unfair Competition; Digital Millennium Copyright Act, 17 U.S.C. § 1201; Copyright Infringement, 17 U.S.C. § 101, *et seq.* and Demand for Jury Trial. |

**JOINT MOTION REQUESTING ORDER AND INFORMING STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE COURT:**

Plaintiffs, Philips Medical Systems Puerto Rico, Inc., Philips Medical Systems Nederland B.V., and Philips India Limited (collectively, "Philips" or "Plaintiffs"), and Defendant, Alpha Biomedical and Diagnostic Corp. ("Alpha") (collectively, the "Parties"), by and through their undersigned counsel, respectfully state and pray as follows:

1. On or about May 22, 2019, Philips filed a *Complaint* against Alpha. **Dkt. No. 1**. Thereafter, it filed an *Amended Complaint* on or about August 2, 2022. **Dkt. No. 9.**

2. In the *Amended Complaint*, Philips asserted claims for Computer Fraud and Abuse Act, 18 U.S.C. §1030, Copyright Act, 17 U.S.C. § 1201, Defend Trade Secrets Act, 18 U.S.C. § 1836, Puerto Rico's Industrial and Trade Secret Protection Act, 10 P.R. Laws Ann. §§4131-4141, Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201, and Unfair Competition. Philips' claims were based, among other things, on allegations of misappropriation and wrongful use by Alpha of Philips' intellectual property relating to Philips' manufactured medical imaging devices.

3. On February 12, 2020, Alpha filed its answer to the Amended Complaint together with a *Compulsory Counterclaim* against Philips seeking redress and damages. **Dkt. No. 33.** Thereafter, on or about December 30, 2020, Alpha filed an *Amended Compulsory Counterclaim* for tortious interference with contract and defamation against Philips. **Dkt. No. 33.**

4. Following Philips' dispositive motions on the *Amended Compulsory Counterclaim* (**Dkt. 85, 82, 107**), on July 16, 2021, the Court entered *Opinion and Order* dismissing Alpha's defamation counterclaim, surviving the cause of action for tortious interference with contract against Philips. **Dkt. No. 114.**

5. The Parties dispute the claims and allegations raised in the Amended *Complaint* and *Amended Compulsory Counterclaim*.

6. However, after various procedural incidents, the Parties engaged in settlement efforts and following a series of unsuccessful attempts to resolve their differences, on June 1st, 2022, the Parties moved for Court Annexed Mediation under L. Civ. R. 83J(b)(3). **Dkt. No. 131.**

7. The request was granted by the Court and the matter was refereed to Magistrate Giselle López Soler. **Dkt. No. 133** and **134.**

8. Mediation was held with Magistrate Giselle López Soler on August 3, 2022, and September 27, 2022 and as a result of the Parties' good faith efforts, they agreed to settle the matter in a way that would dispose of all the controversies before the Court.

9. Philips and defendant Alpha have agreed to a full and final settlement on this action based on the terms and conditions contained in a Confidential Settlement and Release Agreement (the "Agreement").

10. Therefore, in accordance with the terms of the Agreement, and pursuant to Fed.R.Civil 41(a)(1)(A)(ii), the Parties file the present stipulation of dismissal of the *Amended*

*Complaint* and *Counterclaim* asserted in the instant case, with prejudice, and without the imposition of costs or attorney's fees on any of the Parties.

11. The Parties have also agreed that, notwithstanding the dismissal of the action, this Court is to retain and be vested with the required jurisdiction to enforce the terms and conditions of the Agreement.

**WHEREFORE**, Philips and Alpha very respectfully request from this Honorable Court to enter judgment dismissing the above caption case, with prejudice, and without imposition of costs or attorney's fees on any of the parties, and that it retains jurisdiction to enforce the terms and conditions of the Agreement.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date the foregoing joint motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 10th day of October of 2022.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, PSC**
*Counsel for Philips*
P.O. Box 70294
San Juan, PR 00936-8294
Tel.: 787.756.9000/Fax: 787.756.9010

*/s/ Eric Perez-Ochoa*
ERIC PEREZ-OCHOA
USDC-PR 206314
epo@amgprlaw.com

*/s/ Alexandra Casellas Cabrera*
ALEXANDRA CASELLAS CABRERA
USDC-PR 301010
acasellas@amgprlaw.com

**REICHARD & ESCALERA LLC**
*Counsel for Alpha*
MCS Plaza, 10th Floor
PO Box 364148 San Juan,
PR 00936-4148
Tel. (787) 777-8888/Fax (787) 765-4225

*/s/Carlos R. Rivera-Ortiz*
USDC-PR 303409
riverac@reichardescalera.com

*/s/Christopher A. Dávila Rodríguez*
USCS-PR 304103
cdavila@reichardescalera.com