**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC., *et al.*,**<br>Plaintiffs,<br>v.<br>**ALPHA BIOMEDICAL AND DIAGNOSTIC CORP.,**<br>Defendant. | **CIVIL NO. 19-1488 (BJM)** |

**FINAL JUDGMENT**

This case is dismissed with prejudice and without imposition of costs or attorney fees.

The court will retain jurisdiction to enforce the terms of the parties' confidential settlement agreement.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 25th day of October, 2022.

***s/Bruce J. McGiverin***
BRUCE J. McGIVERIN
United States Magistrate Judge